FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 26 2018 ★
LONG ISLAND OFFICE

United States District Court
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

__Harold Bendell__
  Defendant

ORDER SETTING CONDITIONS
OF RELEASE AND BOND

Case No.: CR 17-585 (JS)
Deft #1

## RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released as follows, subject to the **Standard Conditions of Bond on the reverse** and:
[✓] Upon **Personal Recognizance Bond** on his/her promise to appear at all scheduled proceedings as required, or
[ ] Upon **Unsecured Bond** executed by defendant in the amount of $_____, or
[ ] Upon **Secured Appearance Bond** as provided herein.

### Additional Conditions of Release

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[ ] 1. The defendant must remain in and may not leave the following areas without Court permission: _____
_____

[ ] 2. The defendant shall avoid all contact and not associate with any of the following persons or entities: _____
_____

[ ] 3. The defendant shall avoid and not go to any of the following locations: _____
_____

[ ] 4. The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by _____ and shall not apply for any other passport.

[ ] 5. Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and
  [ ] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work;
  [ ] must report to that agency ( ) in person_____ times per _____ and/or ( ) by telephone_____ times per _____;
  [ ] is subject to home detention with electronic monitoring with the following conditions: _____
_____
  [ ] must undergo [ ] random drug testing [ ] evaluation and/or [ ] treatment, for [ ] substance abuse [ ] alcoholism: [ ] mental health problems.
  [ ] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance.

[ ] 6. Other Conditions: _____

### APPEARANCE BOND

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $_____.
The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated:
[ ] cash deposited in the Registry of the Court the sum of $_____;
[ ] premises located at: _____ owned by _____.
[ ] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed
    with the proper local and state authorities on or before _____.
[ ] Other Conditions: _____

_____  Address: _____
  Surety
_____  Address: _____
  Surety
_____  Address: _____
  Surety

**The Court has advised the defendant of the conditions of release per 18:3142(h)(1) and (h)(2). This bond is conditioned upon the appearance of the defendant and is subject to the Standard Conditions of Bond set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.**

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. **I am aware of the penalties and sanctions set forth on the reverse of this form.**

_____
Signature of Defendant

Release of the Defendant is hereby ordered on  7/26/2018,    /s/ Joanna Seybert    , USDJ

Distribution:    White-Original    Canary - Courtroom Deputy    Pink - Pretrial Services    Goldenrod - Defendant