# Exhibit A

# HAROLD BENDELL

Dear Judge Seybert:

  I write to you as it pertains to my upcoming sentencing. The hills and valleys of my life has taken me to a place that I am truly sorry. Over the last 7-8 years, I have tortured myself as how I got to this place.

  When I was child, my mother died. I recall my father being told he should give his children up for adoption. He said "never" and undertook the best he could to help and protect us. As the oldest, I became responsible for my younger siblings in many respects. My relationship with Bruce, particularly after the suicide of our brother, became in many ways like a parent.

  What I now know is that my childhood caused me to go over and above for those that I cared about. That is how I felt about Chris Orsaris who I viewed as a son and it led me to this place. I agreed to pay Chris as an independent contractor after his wife no longer worked for Major Automotive even though I knew it was wrong to help him. I feel foolish and stupid that I knowingly paid him in a manner that would allow him to cheat the government and risk everything I have spent my life building, a business, a family and relations with my community.

  While my desire to help those I cared about, in this case wrongfully, has led me to your courtroom based upon a horrible decision, it has also allowed me to do good as well. I know the Court has been told about some of this work. While it does not make up for what I have done, I can only hope that it shows that Court a bit of who I truly am.

  When I fell in love with my wife of now 48 years, also a concentration camp survivor's child, we were always able to share the same common idea that protecting the ones we love and anyone associated with our family was most important. I tried to treat the employees at Major the same. Now I feel like I have disappointed them based upon my actions. When Bruce and I gave up the operation of Major World at the request of the U.S. Attorneys' Office in 2014, I continued to purchase used cars at auctions for the company. When I am not in Puerto Rico, where I live for over 6 months of the year, and stop in at Major, I feel that I am looked at differently at the company that I built.

  It is even worse with my family. Nothing has been more important to me than my family. The joy I have found in being with my grandchildren is overcome by what my actions have done to how I will be able to spend time with them. The shame and disappointment I feel I brought to my adult children and son-in-laws is unexplainable.

  I am not usually a man of many words. I have tried to communicate my feelings by my actions. Those actions have let me down in this circumstance. I know that the time has come to face the consequences of my actions and I while scared, I am prepared for it. But I would hope that your Honor would view my life not just based upon this wrongful decision I made, and that has hung over me like a cloud for the last 7-8 years, but also some of the good I have tried to do for my family and others.

Respectfully,

*Harold Bendell* (signature)

Harold Bendell