# Exhibit C

# Form 1040 — U.S. Individual Income Tax Return (2009)

Department of the Treasury - Internal Revenue Service  
(99) OMB No. 1545-0074

For the year Jan. 1-Dec. 31, 2009, or other tax year beginning _____, 2009, ending _____

**Label** (See instructions on page 14.) Use the IRS label. Otherwise, please print or type.

- Your first name and initial: **HAROLD**
- Last name: **BENDELL**
- Your social security number: [redacted]
- If a joint return, spouse's first name and initial: **ANNE**
- Last name: **BENDELL**
- Spouse's social security number: [redacted]
- Home address (number and street). If you have a P.O. box, see page 14. Apt. no.: [redacted]
- City, town or post office, state, and ZIP code. If you have a foreign address, see page 14.: [redacted]

You **must** enter your SSN(s) above.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 14) ▶ [ ] You  [ ] Spouse

Checking a box below will not change your tax or refund.

## Filing Status (Check only one box)

1. [ ] Single
2. [X] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4. [ ] Head of household (with qualifying person). (See page 15.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child (see page 16)

## Exemptions

- 6a [X] Yourself. If someone can claim you as a dependent, **do not** check box 6a
- b [X] Spouse
- c Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 17) |
|---|---|---|---|

If more than four dependents, see page 17 and check here ▶ [ ]

- Boxes checked on 6a and 6b: [redacted]
- No. of children on 6c who:
  - lived with you
  - did not live with you due to divorce or separation (see page 18)
- Dependents on 6c not entered above
- Add numbers on lines above ▶

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . . .

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld. If you did not get a W-2, see page 22. Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . STMT 1 | [redacted] |
| 8a | **Taxable** interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. **Do not** include on line 8a  STMT 2 | [redacted] |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends (see page 22)  STMT 2 | [redacted] |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 23) STMT 4 | [redacted] |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | [redacted] |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions _____  b Taxable amount (see page 24) | |
| 16a | Pensions and annuities _____  b Taxable amount (see page 25) | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | [redacted] |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation in excess of $2,400 per recipient (see page 27) | |
| 20a | Social security benefits _____  b Taxable amount (see page 27) | |
| 21 | Other income. List type and amount (see page 29) SEE STATEMENT 2 | **30,000.** |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | [redacted] |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see page 29) | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . STMT 3 | [redacted] |
| 29 | Self-employed health insurance deduction (see page 30) | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  **b** Recipient's SSN ▶ | |
| 32 | IRA deduction (see page 31) | |
| 33 | Student loan interest deduction (see page 34) | |
| 34 | Tuition and fees deduction. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | [redacted] |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | [redacted] |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 97.  
JSA  
9A1210 1.000  
Form **1040** (2009)

```
    SUPPLEMENT TO FORM 1040
===============================================================================
```

## TAX EXEMPT INTEREST INCOME

TAX-EXEMPT INTEREST
-------------------
S  RIDGE CLEARING & OUTSOURCING
S  STIFEL NICOLAUS-TAX EXEMPT OID

                              TOTAL                            

TAX-EXEMPT INTEREST FROM CONSOLIDATED 1099
------------------------------------------
S  STIFEL NICOLAUS - TAX EXEMPT

                              TOTAL                            

                    TOTAL TO 1040, LINE 8B

## QUALIFIED DIVIDENDS

QUALIFIED DIVIDENDS FROM FORM 1099
----------------------------------
T  BXB REINSURANCE CO
S  HUDSON CITY BANCORP, INC
T  THE PHOENIX COMPANIES INC.
S  KEARNY FINANCIAL CORP

              TOTAL FORM 1099 QUALIFIED DIVIDENDS              

                    TOTAL TO 1040, LINE 9B


## SOURCES OF OTHER INCOME

        MISC. OTHER INCOME SUBJECT TO S.E. TAX
        ----------------------------------------
 T      MISCELLANEOUS INCOME                                   

                              CONTINUED...                     STATEMENT   2

```
   SUPPLEMENT TO FORM 1040
===============================================================================

      MISC. OTHER INCOME SUBJECT TO S.E. TAX (CONT'D)
      -----------------------------------------------
 T    CORRECTION TO MISC INCOME FOR AMENDED RETURN                          ▓▓▓▓▓▓
                                                                       ----------
                   TOTAL TO 1040, LINE 21                                  30,000.
                                                                       ==========



   SEP DEDUCTION                                              TAXPAYER     SPOUSE
   =============
     AMOUNT CONTRIBUTED TO SELF-EMPLOYED SEP ..........                    ▓▓▓▓▓▓
     EARNED INCOME
       TAXPAYER - INCLUDES ALL SOURCES EXCEPT WAGES .......  ▓▓▓▓▓▓
       SPOUSE - ALL SOURCES INCLUDING WAGES ................              ▓▓▓▓▓▓
     LESS: ONE HALF OF SELF-EMPLOYMENT TAX .............                   ▓▓▓▓▓▓
     TOTAL EARNED INCOME FOR SEP CALCULATION ..........
     CONTRIBUTION PERCENTAGE FOR MAXIMUM DEDUCTION ....
                                                                        ----------
     SELF-EMPLOYED SEP DEDUCTION ......................                    ▓▓▓▓▓▓
                                                                        ----------
                                                                        ----------
     TOTAL QUALIFIED PLAN, SEP, AND SIMPLE DEDUCTION .....                 ▓▓▓▓▓▓
                                                                        ==========
```

| Form **1040** | Department of the Treasury - Internal Revenue Service<br>**U.S. Individual Income Tax Return** | **2008** AS AMENDED | (99) | IRS Use Only - Do not write or staple in this space. |
|---|---|---|---|---|

**Label** (See instructions on page 14.)
Use the IRS label. Otherwise, please print or type.

L A B E L   H E R E

For the year Jan. 1-Dec. 31, 2008, or other tax year beginning , 2008, ending ,   OMB No. 1545-0074

Your first name and initial: HAROLD   Last name: BENDELL   Your social security number: ▉▉▉

If a joint return, spouse's first name and initial: ANNE   Last name: BENDELL   Spouse's social security number: ▉▉▉

Home address (number and street). If you have a P.O. box, see page 14.   Apt. no.
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

City, town or post office, state, and ZIP code. If you have a foreign address, see page 14.
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

You **must** enter your SSN(s) above. ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 14) ▶ [ ] You [ ] Spouse

**Filing Status**
Check only one box.
1 [ ] Single
2 [X] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4 [ ] Head of household (with qualifying person). (See page 15.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (see page 16)

**Exemptions**
6a [X] Yourself. If someone can claim you as a dependent, **do not** check box 6a . . . . . . . . . .
b [X] Spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b: ▉
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 18)
Dependents on 6c not entered above
Add numbers on lines above ▶

c Dependents:

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 17) |
|---|---|---|---|---|
| | | | | |

If more than four dependents, see page 17.

d Total number of exemptions claimed . . . . . . . . . . . .

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 21.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . STMT 1 | 7 | ▉ |
| 8a | **Taxable** interest. Attach Schedule B if required . . . . . . . . . . . . | 8a | ▉ |
| b | Tax-exempt interest. **Do not** include on line 8a . STMT 2 . . | 8b | ▉ | | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . . . | 9a | ▉ |
| b | Qualified dividends (see page 21) . . . . . . . STMT 2 . . | 9b | ▉ | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 22) STMT 4 | 10 | ▉ |
| 11 | Alimony received . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . | 12 | ▉ |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 13 | ▉ |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . | 14 | |
| 15a | IRA distributions . . . . . | 15a | | b Taxable amount (see page 23) | 15b | |
| 16a | Pensions and annuities . . . . | 16a | | b Taxable amount (see page 24) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . | 17 | ▉ |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . . . . . . . . . | 19 | |
| 20a | Social security benefits . . . . | 20a | | b Taxable amount (see page 26) | 20b | |
| 21 | Other income. List type and amount (see page 28) SEE STATEMENT 2 | 21 | **34,568.** |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | ▉ |

**Adjusted Gross Income**

| 23 | Educator expenses (see page 28) . . . . . . . . . . | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . . . | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 . . . . . . . | 25 | |
| 26 | Moving expenses. Attach Form 3903 . . . . . . . . . . | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE . . . . . . | 27 | ▉ |
| 28 | Self-employed SEP, SIMPLE, and qualified plans  STMT 3 . . . | 28 | ▉ |
| 29 | Self-employed health insurance deduction (see page 29) . . . . | 29 | |
| 30 | Penalty on early withdrawal of savings . . . . . . . . . . | 30 | |
| 31a | Alimony paid  **b** Recipient's SSN ▶ _____ | 31a | |
| 32 | IRA deduction (see page 30) . . . . . . . . . . . . . | 32 | |
| 33 | Student loan interest deduction (see page 33) . . . . . . . . | 33 | |
| 34 | Tuition and fees deduction. Attach Form 8917 . . . . . . . . | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 . . . | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 . . . . . . . . . . . . . . | 36 | ▉ |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . . . . . ▶ | 37 | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 88.   Form **1040** (2008)
JSA
8A1210 2.000
RS  7785BB M831 09/07/2011 08:14:01   AMENDED RETURNS   15

```
HAROLD BENDELL & ANNE BENDELL


    SUPPLEMENT TO FORM 1040
==============================================================================

TAX EXEMPT INTEREST INCOME
==========================

    TAX-EXEMPT INTEREST
    -------------------
    J  RIDGE CLEARING AND OUTSOURCING                               
                                                      ------------
                                         TOTAL
                                                      ---
                            TOTAL TO 1040, LINE 8B
                                                      ==========

QUALIFIED DIVIDENDS
===================

    QUALIFIED DIVIDENDS FROM FORM 1099
    ----------------------------------
    T  THE PHOENIX COMPANIES INC.
    T  BXB REINSURANCE
    S  HUDSON CITY BANCORP
    T  JCHB REINSURANCE                                             
    J  KEARNY FINANCIAL CORP
    S  PROVIDENT FINANCIAL SERVICES
    J  STIFEL NICOLAUS
                                                      ------------
              TOTAL FORM 1099 QUALIFIED DIVIDENDS
                                                      -
                         TOTAL TO 1040, LINE 9B                     
                                                      ============




SOURCES OF OTHER INCOME
=======================
         MISC. OTHER INCOME SUBJECT TO S.E. TAX
         ------------------------------------------
   T     MANHEIM'S PENN AUCT SERV INC
   T     MISCELLANEOUS INCOME                                           30,000.
                                                                     ----------
                  SUBTOTAL                                          
                                                                     ----------




                                                               STATEMENT    2

     7785BB M831  09/07/2011  08:14:01         AMENDED RETURNS              43
```

# Form 1040 — Department of the Treasury - Internal Revenue Service
## U.S. Individual Income Tax Return 2007

IRS Use Only - Do not write or staple in this space.

**Label** (See instructions on page 12.)
Use the IRS label. Otherwise, please print or type.

For the year Jan. 1-Dec. 31, 2007, or other tax year beginning , 2007, ending ,   OMB No. 1545-0074

Your first name and initial: HAROLD
Last name: BENDELL

If a joint return, spouse's first name and initial: ANNE
Last name: BENDELL

Home address (number and street). If you have a P.O. box, see page 12. [redacted]

City, town or post office, state, and ZIP code. [redacted]

Your social security number: [redacted]
Spouse's social security number: [redacted]

You **must** enter your SSN(s) above.

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 12) ▶  [ ] You  [ ] Spouse

**Filing Status** (Check only one box.)
1. [ ] Single
2. [X] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4. [ ] Head of household (with qualifying person). (See page 13.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child (see page 14)

**Exemptions**
- 6a [X] Yourself. If someone can claim you as a dependent, **do not** check box 6a
- b [X] Spouse
- c Dependents:
  - (1) First name / Last name
  - (2) Dependent's social security number
  - (3) Dependent's relationship to you
  - (4) ✓ if qualifying child for child tax credit (see page 15)

Boxes checked on 6a and 6b: [redacted]
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 16)
Dependents on 6c not entered above
Add numbers on lines above ▶

If more than four dependents, see page 15.

d Total number of exemptions claimed

**Income**
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . STMT 1 | [redacted] |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. **Do not** include on line 8a . STMT 2 | [redacted] |
| 9a | Ordinary dividends. Attach Schedule B if required | [redacted] |
| 9b | Qualified dividends (see page 19) . . . . . STMT 2 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 20) STMT 4 | [redacted] |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions . . . 15a | b Taxable amount (see page 21) 15b |
| 16a | Pensions and annuities . 16a | b Taxable amount (see page 22) 16b |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits . . 20a | b Taxable amount (see page 24) 20b |
| 21 | Other income. List type and amount (see page 24) SEE STATEMENT 2 | **43,123.** |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see page 26) | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | [redacted] |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction (see page 26) | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid   b Recipient's SSN ▶ | |
| 32 | IRA deduction (see page 27) | |
| 33 | Student loan interest deduction (see page 30) | |
| 34 | Tuition and fees deduction. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 83.
JSA   7A1210 1.000   Form **1040** (2007)

RS  CA1921 M831 09/07/2011 06:01:16   118005   61

```
       SUPPLEMENT TO FORM 1040
================================================================================

  TAX EXEMPT INTEREST INCOME
  ==========================

       TAX-EXEMPT INTEREST
       -------------------
       J RIDGE CLEARING AND OUTSOURCING                           
                                                           ------------
                                         TOTAL
                                                           ---
                              TOTAL TO 1040, LINE 8B
                                                           ==========

  QUALIFIED DIVIDENDS
  ===================

       QUALIFIED DIVIDENDS FROM FORM 1099
       ----------------------------------
       T BANK OF NEW YORK
       S HUDSON CITY BANCORP
       J KEARNY FINANCIAL CORP
       S PROVIDENT FINANCIAL SERVICES
       J RYAN BECK & CO.
       J BXB REINSURANCE
       J JCHB REINSURANCE
                                                           ------------
                   TOTAL FORM 1099 QUALIFIED DIVIDENDS
                                                           ------------
                              TOTAL TO 1040, LINE 9B
                                                           ============




  SOURCES OF OTHER INCOME
  =======================
           MISC. OTHER INCOME SUBJECT TO S.E. TAX
           --------------------------------------
    T      MISCELLANEOUS INCOME                                      30,000.
    T      MANHEIM'S PENN AUCT SERV INC
    T
                                                           ----------
                              SUBTOTAL
                                                           ----------



                                                              STATEMENT    2
```

# Form 1040 — U.S. Individual Income Tax Return — 2006

Department of the Treasury - Internal Revenue Service  (99)   IRS Use Only - Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2006, or other tax year beginning , 2006, ending ,   OMB No. 1545-0074

**Label** (See instructions on page 16.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: HAROLD  
Last name: BENDELL  
Your social security number: [redacted]

If a joint return, spouse's first name and initial: ANNE  
Last name: BENDELL  
Spouse's social security number: [redacted]

Home address (number and street). If you have a P.O. box, see page 16.: [redacted]   Apt. no.:

City, town or post office, state, and ZIP code. If you have a foreign address, see page 16.: [redacted]

You **must** enter your SSN(s) above.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ▶  ☐ You  ☐ Spouse

Checking a box below will not change your tax or refund.

## Filing Status — Check only one box.
1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see page 17)

## Exemptions
- 6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a
- b ☒ Spouse
- c Dependents: (1) First name / Last name / (2) Dependent's social security number / (3) Dependent's relationship to you / (4) ✓ if qualifying child for child tax credit (see page 19)

Boxes checked on 6a and 6b: [redacted]  
No. of children on 6c who: lived with you; did not live with you due to divorce or separation (see page 20)  
Dependents on 6c not entered above  
If more than four dependents, see page 19.

d Total number of exemptions claimed ..... Add numbers on lines above ▶ [redacted]

## Income
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld. If you did not get a W-2, see page 23.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | STMT 1 | [redacted] |
| 8a | Taxable interest. Attach Schedule B if required | | |
| 8b | Tax-exempt interest. Do not include on line 8a | STMT 2 | [redacted] |
| 9a | Ordinary dividends. Attach Schedule B if required | | |
| 9b | Qualified dividends (see page 23) | STMT 2 | [redacted] |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 24) | STMT 4 | |
| 11 | Alimony received | | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | |
| 14 | Other gains or (losses). Attach Form 4797 | | |
| 15a | IRA distributions    15a   | b Taxable amount (see page 25) 15b | |
| 16a | Pensions and annuities 16a | b Taxable amount (see page 26) 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | | [redacted] |
| 18 | Farm income or (loss). Attach Schedule F | | |
| 19 | Unemployment compensation | | |
| 20a | Social security benefits    20a | b Taxable amount (see page 27) 20b | |
| 21 | Other income. List type and amount (see page 29) SEE STATEMENT 2 | | **34,457.** |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | | [redacted] |

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Archer MSA deduction. Attach Form 8853 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | [redacted] |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction (see page 29) | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid    b Recipient's SSN ▶ | |
| 32 | IRA deduction (see page 31) | |
| 33 | Student loan interest deduction (see page 33) | |
| 34 | Jury duty pay you gave to your employer | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | [redacted] |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | [redacted] |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 80.  
JSA   6A1210 5.000   Form **1040** (2006)

RS   CA1921 M831 07/22/2011 15:14:09   118005   5

```
     SUPPLEMENT TO FORM 1040
================================================================================

TAX EXEMPT INTEREST INCOME
==========================

     TAX-EXEMPT INTEREST
     -------------------
     J ADP CLEARING                                          
                                                            ------------
                              TOTAL
                                                            ---
                    TOTAL TO 1040, LINE 8B
                                                            ==========

QUALIFIED DIVIDENDS
===================

     QUALIFIED DIVIDENDS FROM FORM 1099
     ----------------------------------
     T BANK OF NEW YORK
     S HUDSON CITY BANCORP
     J KEARNY FINANCIAL CORP
     S PROVIDENT FINANCIAL SERVICES
     J RYAN BECK & CO.                                       
                                                            ------------
               TOTAL FORM 1099 QUALIFIED DIVIDENDS
                                                            ----
                    TOTAL TO 1040, LINE 9B
                                                            ============




SOURCES OF OTHER INCOME
=======================
          MISC. OTHER INCOME SUBJECT TO S.E. TAX
          ----------------------------------------
  T       MANHEIM'S PENN AUCT SERV INC
  T       NATIONAL AUTO DEALERS EXCHANGE                     
  T       OTHER INCOME                                           30,000.
                                                            ----------
                    SUBTOTAL
                                                            ----------
```

**Form 1040** Department of the Treasury - Internal Revenue Service
**U.S. Individual Income Tax Return** **2005** (99)   IRS Use Only - Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2005, or other tax year beginning           , 2005, ending           ,   OMB No. 1545-0074

**Label** (See instructions on page 16.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: HAROLD
Last name: BENDELL

If a joint return, spouse's first name and initial: ANNE
Last name: BENDELL

Home address (number and street). If you have a P.O. box, see page 16.

City, town or post office, state, and ZIP code.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ▶ ☐ You ☐ Spouse

**Filing Status** — Check only one box.
1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**
- 6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a
- b ☒ Spouse
- c Dependents:
- d Total number of exemptions claimed

**Income** — Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld. If you did not get a W-2, see page 22. Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . STMT 1 | |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a . STMT 2 | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends (see page 23) . . . . . . . . STMT 2 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 23) STMT 4 | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions    15a      b Taxable amount (see page 25) 15b | |
| 16a | Pensions and annuities    16a      b Taxable amount (see page 25) 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits    20a      b Taxable amount (see page 27) 20b | |
| 21 | Other income. List type and amount (see page 29) SEE STATEMENT 2 | -47,465. |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see page 29) | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction (see page 30) | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid   b Recipient's SSN ▶ | |
| 32 | IRA deduction (see page 31) | |
| 33 | Student loan interest deduction (see page 33) | |
| 34 | Tuition and fees deduction (see page 34) | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 78.
JSA                                        5A1210 2.000                          Form **1040** (2005)
RS    CA1921 M831 07/22/2011 14:52:07            118005                                    5

```
SUPPLEMENT TO FORM 1040
===========================================================================
```

```
TAX EXEMPT INTEREST INCOME
==========================

    TAX-EXEMPT INTEREST FROM STATE AND MUNICIPAL BONDS
    --------------------------------------------------
    S  LI POWER AUTHORITY
    S  MTA MUNICIPAL BOND
    S  NEW JERSEY ST TRANSN
    S  NYS DORM AUTH LEASE
                                                          ------------
                               TOTAL

                    TOTAL TO 1040, LINE 8B
                                                          ============

QUALIFIED DIVIDENDS
===================

    QUALIFIED DIVIDENDS FROM FORM 1099
    ----------------------------------
    S  PROVIDENT FINANCIAL SERVICES
    J  RYAN BECK & CO.
    S  HUDSON CITY BANCORP
    J  KEARNY FINANCIAL CORP
    T  BANK OF NEW YORK
                                                          ------------
                    TOTAL FORM 1099 QUALIFIED DIVIDENDS



                    TOTAL TO 1040, LINE 9B
                                                          ============


SOURCES OF OTHER INCOME
=======================
         MISC. OTHER INCOME SUBJECT TO S.E. TAX
         --------------------------------------
    T    MAJOR HYUNDAI
    T    LESS AMOUNT REPORTED ON BENDELL REALTY FLP
    T    MANHEIM'S PENN AUCT SERV INC
    T    OTHER INCOME                                           30,000.


                           CONTINUED...                      STATEMENT  2
```

# Form 1040 — U.S. Individual Income Tax Return 2004

Department of the Treasury - Internal Revenue Service (99)  IRS Use Only - Do not write or staple in this space.  OMB No. 1545-0074

For the year Jan. 1-Dec. 31, 2004, or other tax year beginning _____, 2004, ending _____

## Label

Your first name and initial: **HAROLD**  Last name: **BENDELL**
Your social security number: [redacted]

If a joint return, spouse's first name and initial: **ANN**  Last name: **BENDELL**
Spouse's social security number: [redacted]

Home address (number and street). If you have a P.O. box, see page 16. [redacted]  Apt. no.

City, town or post office, state, and ZIP code. [redacted]

**Important!** You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 16.)
Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? — You: Yes [ ] No [X]   Spouse: Yes [ ] No [X]

## Filing Status (Check only one box.)

1. [ ] Single
2. [X] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶ _____
4. [ ] Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ _____
5. [ ] Qualifying widow(er) with dependent child (see page 17)

## Exemptions

- 6a [X] Yourself. If someone else can claim you as a dependent, do not check box 6a
- b  [X] Spouse
- c  Dependents: (none listed)
- d  Total number of exemptions claimed

Boxes checked on 6a and 6b: [redacted]
No. of children on 6c who: lived with you / did not live with you due to divorce or separation
Dependents on 6c not entered above
Add numbers on lines above ▶

## Income

Attach Form(s) W-2 here. Also attach Form(s) W-2G and 1099-R if tax was withheld.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . STMT 1 | [redacted] |
| 8a | Taxable interest. Attach Schedule B if required | [redacted] |
| 8b | Tax-exempt interest. Do not include on line 8a. STMT 1 | [redacted] |
| 9a | Ordinary dividends. Attach Schedule B if required | [redacted] |
| 9b | Qualified dividends (see page 20) STMT 2 | [redacted] |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 20) STMT 3 | [redacted] |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | [redacted] |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | b Taxable amount (see page 22) 15b |
| 16a | Pensions and annuities | b Taxable amount (see page 22) 16b |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | [redacted] |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits | b Taxable amount (see page 24) 20b |
| 21 | Other income. List type and amount (see page 24) **SEE STATEMENT 2** | **30,000.** |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | [redacted] |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see page 26) | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | IRA deduction (see page 26) | |
| 26 | Student loan interest deduction (see page 28) | |
| 27 | Tuition and fees deduction (see page 29) | |
| 28 | Health savings account deduction. Attach Form 8889 | |
| 29 | Moving expenses. Attach Form 3903 | |
| 30 | One-half of self-employment tax. Attach Schedule SE | [redacted] |
| 31 | Self-employed health insurance deduction (see page 30) | |
| 32 | Self-employed SEP, SIMPLE, and qualified plans | |
| 33 | Penalty on early withdrawal of savings | |
| 34a | Alimony paid  b Recipient's SSN ▶ | 34a |
| 35 | Add lines 23 through 34a | |
| 36 | Subtract line 35 from line 22. This is your **adjusted gross income** ▶ | |

JSA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 75.   4A1210 5.000   Form **1040** (2004)

RS  6307CG M831  06/20/2011 14:04:22   AMENDED 6-11   19

HAROLD BENDELL & ANN BENDELL

```
SUPPLEMENT TO FORM 1040
===============================================================
```

```
    TAX-EXEMPT INTEREST FROM STATE AND MUNICIPAL BONDS
    --------------------------------------------------
 S  MTA MUNICIPAL BOND
 S  NEW JERSEY ST TRANSN
 S  NYC G/O SER C
 S  NYS DORM AUTH LEASE
 S  LI POWER AUTHORITY
                                    TOTAL

                       TOTAL TO 1040, LINE 8B
```

QUALIFIED DIVIDENDS
===================

```
    QUALIFIED DIVIDENDS
    -------------------
 S  PROVIDENT FINANCIAL SERVICES
                               TOTAL QUALIFIED DIVIDENDS




                       TOTAL TO 1040, LINE 9B
```

SOURCES OF OTHER INCOME
=======================
```
        MISC. OTHER INCOME SUBJECT TO S.E. TAX
        --------------------------------------
 T      MAJOR HYUNDAI
 T      LESS AMT REPORTED ON BENDELL REALTY FLP
 T      OTHER INCOME                                           30,000.

                       TOTAL TO 1040, LINE 21
```

STATEMENT 2