# Exhibit E

**Peter Anthony Contreras**
**10 Somerstown Road**
**Ossining, NY   10562**
**917 693-4249**

January 11, 2019

The Honorable Joanna Seybert
United States District Judge for the Eastern District of New York
United Stated District Court - Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY  11722

Dear Judge Seybert:

My name is Peter Contreras, and I have known Harold and Bruce for approximately 17 years working for them as an independent contractor. Throughout these many years I have gotten to know them for their kind, caring and benevolent nature. Some of the tasks I have been assigned to, have to do with the community. The Bendell business has a school next to them and I remember Harold asking if they needed anything. Among many things they needed were computers for the students, an overhead projector and various school supplies. In addition they requested window and door canopies. Harold and Bruce paid for everything the school requested. Over the years they have gifted a car to the priest attached to that school and church and over the years have repaired the car at a reduced rate. Recently we repaired 4 ambulances that the church was shipping to Ghana, Africa as a missionary effort. The ambulances were in need of repair and the Bendells repaired them at no charge. Also the Bendells have provided for the last three years $15,000.00 a year for the total of $45,000.00 for scholarships and other needs of the school and church. They have supported events throughout the years for the Halloween parade that takes place on Tremont Avenue in the Bronx. They have received an award for their leadership in the Boston business association on Boston Road In The Bronx.  They also have been very active in the Explorer Program which is a concerted effort between the NYPD and the boy scouts of America and other law enforcements agencies. This program aims to help direct the lives of boys and girls toward being good citizens and training them on first aid techniques as well as other instructions. Over the last 14 years, the Bendells have donated hundreds of thousands of dollars to this program.

One of the things that I remember and still chuckle at is when Harold, being a former math school teacher, directed me to start a tutoring program in our vacant building on Boston Road next to the Toyota building. He told me that he wanted to tutor 5th and 6th graders after school. Well the first day Harold had about 15 students and he was alone attempting to teach them all and he looked up at me a bit frazzled and I asked if he needed help and he nodded yes.

At one point I received a request from a middle-aged woman named Lucy who was trying to pass the GED class. Harold agreed to accept Lucy as his student and worked with her for the next two years. During those two years, Lucy would pass everything except for the math. Harold would continue to meet with Lucy in the Bronx and tutor her in math. Although it took two years and several attempts at taking the test, the day came for celebrating. Lucy had passed the test including the math part. Harold called me the same day with enthusiasm and glee as he announced that Lucy had passed her test. This seemed to be the most important thing to have happened to Harold after his wife and children.

We went on to get a tutor who has been helping for the last five years.  The Bendells do not charge the children of the community for this service but they pick up the cost of the tutor. They have contributed to local sports teams, community events as well as other worthwhile projects without hesitation.

I hope that I have given a glimpse into the character of these two men who are before you and that you would consider these things in your judgment.

Thank You.

Sincerely,

Peter Anthony Contreras

**HB1**

October 11, 2018

The Honorable Joanna Seybert
United States District Judge for the Eastern District of New York
United States District Court- Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Seybert:

I am writing this letter about Harold Bendell who has been my boss for the last twenty five years.

My name is Irina Danilevskaia and I met Harold Bendell in February of 1993. He was working as a Dealer at Chevrolet at the time and helped arrange a tour of GM for my customers who were visiting from overseas. Ever since then he helped me start my career and was my mentor throughout the years.

Harold became GM distributor for the former Soviet Union and Ukraine in 1992, where I am originally from. He gave me a job at Major Chevrolet as an office clerk and had me help him develop GM dealer network, sales, service and marketing in former Soviet Union.

He guided me through the years teaching me the business world in US.  He helped me improve my English and always believed in my abilities. In 1994, when we traveled to Kiev, Ukraine to meet High level officials in the Ministry of Economy with GM Vice President Mr. Lou Sande, Harold trusted me to translate during the meeting knowing that my English was not as good as that of a professional translator. This opportunity gave me the confidence and the courage to work harder to develop the business. When somebody believes in you and trusts you, treats you as an equal and with a respect, giving you a chance, you do your best and work harder. It was important to me as a woman in men's world of auto business to have Harold's support.  As a first generation immigrant Ukrainian woman with a young child alone and new in this country having him believe in my success helped me grow and allowed me to send my daughter to college.

I became a successful director of Major's overseas department and with Harold's expertise, we developed General Motors Dealer network with more than eighteen dealers in CIS countries which we managed for more than twenty years.

It was not just business, the people overseas whom we worked with became like family.  Our business was based on trust and their eagerness to promote American product. Harold would often describe in detail to partners overseas about American way of life, values, the way Americans work and have fun, about baseball or even BBQ. I really believe that we have more friends of United States because they met Harold Bendell. Especially when Harold would arrange the exchange for Ukrainian teenagers to learn how American company work  by bringing them to New York to learn English and the auto business.

He also helped kids in tough neighborhoods in the Bronx with their studies. And it became my motto in life as well: help kids, give to the community, be discreet in your good deeds.

I was very surprised to learn that Harold traveled to Vladivostok in Far East of Soviet Union, not an easy and safe place to go back in nineties, or to Kherson in the Ukraine, or to Azerbaijan. Not to mention that Harold always said "Yes" to anybody who would ask and would bring food, or clothing, or presents, books for kids no matter how heavy and inconvenient it might be. He represents to me a real American spirit of business, entrepreneur and mentor.  He always taught me and others  by example to be a good American Citizen with American business spirit. He brought the best out of people and helped them grow professionally and personally. He was always there for others.

I have seen many instances of employers in Major going to Harold and asking for advice about their personal lives. Harold would always help no matter how small or big the problem was. We called him "papa". Harold  is the "father" figure for me, Teacher and Mentor.

Honorable Judge Seibert, I pray that you will take into consideration all of the good Harold Bendell accomplished in his life; as well as all that he can give back to society if given a second chance.

Thank you in advance for your time and for your consideration.

Respectfully  submitted,
Irina Danilevskaia
Cell: (917) 468-7759
Email:erinamajor1@gmail.com

**HB2**

The Honorable Joanna Seybert

United States District Judge for the Eastern District of New York

United States District Court — Eastern District of New York

Long Island Courthouse

100 Federal Plaza

Central Islip, NY 11722

Dear Judge Seybert,

I am writing to urge leniency in sentencing of my friend Harold Bendell.

My name is Nenad Mikovic and I am currently an employee of Major World / Service Dept. I have known Harold for the past 11 ½ years and am aware of his legal situation and seriousness of the charge brought against him however this is not the man I know and would like to provide some perspective.

I immigrated to the country and was fortunate to been given a chance to immediately start working for Major World with very little experience in the field. As I have found that the business aspect of this trade is a very complex collection of trade-offs. As a newbie, I needed a boss to invest time to simplify these complexities, so that my daily activities made sense with a purpose. As past owner of a my own company in Europe I'm fully aware that employees prefer to understand the workings of their boss's mind and exactly why certain decisions are made, this is exactly what Harold does when he takes on people under his wing as with myself, provided me with absolute transparency and guidance each and every day.

Another aspect I would like to characterize Harold as a genuine supportive friend and boss is that he likes to share his backstory of his professional journey with his brother Bruce and history of the company. Knowing all the hurdles it took over the years to succeed as an organization as they say, we grow together and the relationship we obtain along the way is trusting. The same compassion I have learned from Harold I now put into practice with my team; we understand that the demands of the employees go beyond the organization and realize that any interaction influences the work relationship as well as all our customers.

Shortly after starting my employment with Major World the country went through its toughest time of the recession, it is then that Harold's magnetic leadership really came to life for me when he put the needs of his employees (all their families) in front of his own. I'm aware that while this recession lasted Harold has made many sacrifices in order to keep unemployment at minimal and provide stability through the rough times; he'd arrive first to work with a daily positive outlook while being last to leave.

Knowing the amount of cars Harold can choose from his dealership, many times he would to bike to work.

**HB3**

On many occasions, we would see Harold test-drive cars from the lot to inspect for issues.

During the biggest winter snowstorms, Harold would continuously help us clean the lots of snow.

If there were an opportunity to provide our youth with some knowledge, Harold would volunteer and hold skilled classes.

Harold hardly ever took any time off to enjoy himself and relax. His work at Major World was his life and helping his team achieve their potential while keeping satisfied customers coming back was something he worked very hard towards. Even if Harold was away on vacation, he daily stayed in touch and spoke to any issues that may have arisen.

Another takeaway I have also learned from Harold is not to try to be someone else, nor change who you are based on income / wealth. Stay true to yourself and honest with dealing with others. Not to be afraid to share mistakes or shortcomings. Harold always set a good example of how to hold yourself to high moral and ethical standard. He often spoke about the importance of integrity in order to succeed, which is what I go by, doing the right thing at all times in all circumstances.

When I was considering growth within the company, naturally Harold was there to guide me yet again. We discussed different aspects within the organization as well as what areas would best suit me as I branched out into the new field. This was a turning point in my life as I was given the opportunity to show the business acumen Harold taught me over the years. With his dedication, I now can proudly say that I have excellent customer focus, organizational skills, and strong ability to make decisions while working in a fast-paced environment. Harold always had a visionary scale that inspired others and myself to achieve their hopes and goals while working alongside to make this happen.

Now looking back over the years knowing and having worked for Harold, one may understand how much of positive impact he had contributed on productivity, success and the goodness to our community.

It is why now if I was ever to be asked by Harold to do something I certainly would. I would follow this man to the end of Earth if necessary. I consider Harold not only as my former boss, friend but as a fatherly figure.

Sincerely,

Nenad Mikovic

Nenad Mikovic

**HB4**

Case 2:17-cr-00585-JS   Document 19-6   Filed 04/10/19   Page 6 of 48 PageID #: 444

Dear Judge Seybert:

My name is Richard Mohan and I have been at Major World Chevrolet for twenty-four and a half plus years. I was born in the island of Trinidad where my parent taught me value and compassion without any prejudice towards others. These are things I hold deep in my heart.

Four years into working at Major, I did not know he saw good things in me. His daughter came to me and said, my father had nice things to say about you at the dinner table. This was the beginning of Harold Bendell molding and shaping me into who I am today. I spend the next three years, four days a week travelling to auction in different states. Everyday was a lesson in the business or about family. I remember driving to the auction one morning and his wife called him and asked him where he was. I did not expect him to tell her exactly and honestly what part of the highway we were driving. In my mind I'm saying, he does not lie to his wife. Another time we are driving and his daughter called him told him she had an accident. He listened patiently to what she had to say and offer advised as a parent should. I am grateful for the things he taught me and no one can take them away. Once we were standing at the dealership an my phone rang. he took one look at me and realize that something was wrong. My mother had collapse and was on life support. Harold pulled me aside and comforted me and help ease the painful news that I received. I don't really take days off, but I got so sick that I stayed home. The next day I met him at the auction. He touch my neck and got mad at me that I did not stay home another day.

Harold Bendell has a true passion for his business and love ones. A real car guy. Sometimes I call him for advise and I can hear him playing with his grand kids in the park. One of the things that I truly like about him is that don't matter when you call he picks up the phone. I left New York one morning heading to an auction in Boston when my car broke down. Which owner will come out personally four-thirty in the morning to he me, a nobody I'm thinking.

Please Judge Seybert, Harold Bendell deserves to continue to be there for family, friends, strangers and business. Too continue to aspire us to achieve goal in life. I am just one of his many accomplishments. I now have home, wife and two kids. He teaches the things in life that lead to success if you listen. So, Judge Seybert, I asked you to understand that person I hold in high esteem. I thank you for your time.

Sincerely Richard Mohan

October 8, 2018

Zvezdan Radosavljevic

7238 66th Street

Glendale, NY 11385

The Honorable Joanna Seybert

United States District Judge for the Eastern District of New York

United States District Court- Eastern District of New York

Long Island Courthouse

100 Federal Plaza

Central Islip, NY 117222

Dear Judge Seybert,

I've known Mr. Harold Bendell professionally for many years. When I was in a desperate need for a job in 2003, Mr. Harold gave me an opportunity to work for him. I was hired as a mechanic at Major World Chevrolet, where I still work, currently as a shop foreman.

The fact Mr. Harold values hard work, modesty and dedication have made me stay with the company for this many years. Often I would see Mr. Harold at my workplace, arriving much earlier than anyone else, greeting workers and customers. Not only that he leads by example, but Mr. Harold also gives recognition to his employees for their hard and consistent work. He inspired me to work hard, and for that, I was rewarded with a promotion and increase in salary.

Mr. Harold is also a very modest man. Despite being a successful businessman, Mr. Harold has always maintained that he is against excess spending on material goods, and his appearance would often confirm that. Never have I seen Mr. Harold wearing expensive jewelry or expensive clothing items like many successful people usually do. I never saw him drive any of the expensive cars that his company sells. Instead, he takes pleasure in satisfying his customers' needs and inspiring his workers to achieve their professional goals. He is always open to feedback, and willing to give advice.

Mr. Harold was a great manager that treated his employees with modesty and respect, by fostering a pleasant working environment. By knowing Mr. Harold professionally I've learned a lot from him, most importantly that hard work, humbleness and dedication can prosper in a profit-driven environment. Therefore, I would like to ask for leniency in Mr. Harold's case.

Sincerely,

Zvezdan Radosavljevic

HB6

Victor Almonte
Address: 10716 76th St #1 Ozone Park, NY 11417
Email: valmonte1569@hotmail.com

October 3, 2018
Your Honorable judge
Re: Character Letter

It is my pleasure to write this letter for Mr. Harold Bendell.  I can say Mr. Bendell is an exceptional boss and an inspirational leader in the world of sales and the true meaning of a hard worker.

I have been an employee at Major World since 2005, and I was under the direct supervision of Mr. Harold Bendell for 9 years I can personally attest that he is an exceptional human being with a caring character. Since I started working for Mr. Bendell's company my life has been positive since he gave me great opportunities to be able to support my family in a wealthy environment and dedicate them time at the same time.

When I entered this job, Mr. Harold provided me with the guidance I needed to make sure I had the opportunity to grow with the company. I became a manager because he offered me a complete training in the dealership industry. At the same time, though, I was given the freedom and flexibility to manage my schedule to be able to attend my household needs. Mr. Harold provided employment to my sons after graduating high school. Working in Mr. Harold's company has facilitated me to be able to buy my mother a house and my oldest son to gain experience in the work field. I am incredibly grateful to Mr. Bendell for his training and support on a fundamental level.

Mr. Bendell is a good person, a good husband, father and also a good boss/ friend - someone who has made a positive difference in my life and that of my co-workers, and is, in general, a valuable member of society who should not be judged solely on the basis of the conduct that led to his conviction.

Above all, though, Mr. Bendell is deserving of this character reference letter because he treats everyone with the utmost courtesy and respect. I have always felt encouraged, supported, and stimulated in the work environment he created.

I can say with total confidence that few men contributed to our society in a way that Mr. Bendell has. Even though I came into his business through work, I have also known him outside since he been a mentor in my life and my children advising them to go to college. Apart from being the former owner of Major World, he was also a teacher. He is always kind, polite and honest in my interactions with him

Best,
Victor Almonte

**HB7**

Eric L. Keltz, Esq
47 Jaffray Park
Irvington, New York 10533
718.937.2123      fax 718.729.3477

October 1, 2018

The Honorable Janna Seybert
U.S. District Court Judge for the Eastern District of New York
U.S. District Court – Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: Mr. Harold Bendell

Dear Judge Seybert:

Please accept my thanks for your consideration for the review of Mr. Harold Bendell's character and good works.

I have been privileged to be acquainted with Harold for the better part of sixteen years. I was hired as Corporate Counsel for The Major Automotive Companies, an organization that Harold had been instrumental in building from its formative moments almost 35 years ago. In leaping from personally supervising a small, corner Used Car lot to the employment of almost one thousand employees across almost twenty franchises, Harold worked as hard as anyone I have ever worked with or for before. A tireless teacher, Harold spent (and still spends) endless hours demonstrating his vast knowledge of the automotive industry, but always taking the time to teach others with a patience for small detail that was invaluable for anyone lucky enough to work with him.

Harold is also generous with his time and money outside of the automobile business. Setting up a location in the hardscrabble Gun Hill section of the Bronx, Harold regularly tutors local grade school students, with little fanfare and a low key approach to his community efforts. Additionally, Harold has supported the Law Enforcement Explorers program, an 'at-risk' youth program that focuses on diverse communities introduction to their local police. The idea is to encourage these same youth to consider and prepare for a career in a law enforcement with

**HB8**

the goal of better overall community policing, as well as providing mentoring to children that might otherwise get pulled into negative neighborhood activity.

I greatly appreciate your time and effort reviewing this information. I hope that you may have an opportunity to see Mr. Harold Bendell for the person he is and grant him the opportunity to make amends through his good works and giving back to the communities he has served for decades.

Regards,

*s/Eric L. Keltz*

Eric L. Keltz, Esq.

The Honorable Joanna Seybert
United States District Judge for the Eastern District of New York
United States District Court – Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Seybert,

    I am writing this letter to give you a picture of my life long friend, Harold Bendell. I met Harold in 1958 when he was ten and I was twelve and I lived next door to his schoolmate. He happily came down our street in Brooklyn often to visit his pal. They played ball with other youngsters on the block. Harold lived on the other side of the school district so we did not attend the same High School. But we were reunited years later when he met and married a lady I consider to be my best friend. How wonderful!

    Throughout the years we have shared many good times: raising children, family celebrations, travel, etc. A fun dinner companion, Harold is always ready to tell jokes to entertain us; his performances more hilarious than the punch lines. And regrettably, the bad times: serious medical issues that his family experienced. But overall, his life has always been filled with a sense of adventure. He loves travel, racquetball, and biking.

    Harold is passionate about his wife, daughters and granddaughters.  The son of Holocaust survivors, he is extremely aware of how precious family and extended family is. When my husband was forced to close his business of 25 years and needed emotional support, Harold planned a trip for the four of us to make life feel good not "over." A very life affirming gesture that sent our lives on a positive trajectory.

    Harold was in Florida when my ten year old daughter fell ill visiting grandma in Miami. He volunteered to bring her home. He carried her bundled in a blanket into the cold night at JFK to my waiting car. I was so relieved and grateful. We love Harold and are greatly saddened by his present situation. We are ready to give him and his family the kind of support we have received from him over the years to make the future look bright again.

Respectfully,
Pam Gimette

**HB10**

The Honorable Joanna Seybert

United States District Judge for the Eastern District of New York

United States District Court-Eastern District of New York

Long Island Courthouse

100 Federal Plaza

Central Islip, NY 11722

October 10, 2018

Dear Judge Seybert,

My name is Rita Greenberg and I am writing on behalf of Harold Bendell.  My husband and I met Harold and his wife Anne, while on vacation over forty years ago. We developed a very close friendship and have remained friends with them ever since.

We have laughed together, cried together, shared stories, witnessed the births of children and grandchildren together. We have celebrated life and mourned the loss of many close friends and family members.

When my husband and I first met Harold, we learned that he was a school teacher, who had left teaching and opened a used car dealership. He worked diligently to make his business a success and throughout this time he has helped more people then I can mention. If a friend lost a job, Harold gave him a job. If a friend needed help with anything Harold was there for them. He is a very compassionate man, always dependable to be there if you need him regardless of the situation or circumstances.

When his children were born, I can honestly say that I had never witnessed a father, who would dedicate more time to being with them. He wanted them to experience everything and would personally be there to teach them what they needed to learn. Now that he is a grandfather (affectionately called Car-Pa by his grandchildren) he does the same with them. Harold spends as much quality time with his grandchildren as he did with his own children. He always makes time for them and spends full days just taking them on adventures and teaching them new skills. One of their favorite adventures is spending the day with Car-Pa at Coney Island amusement park. His children and grandchildren adore him, and it is because he is always there for them.

In addition to being an exemplary family man, Harold is also a very charitable person, who is willing to give his time to help others and receive nothing in return. A few years ago, he put a sign in the window of his Bronx Toyota dealership offering free tutoring for anyone who needed it. He faithfully went to the dealership after school hours and many students benefited from his generous offer of time and services. When listening to Harold, I think he enjoyed the experience as much as his students.

In making your decision, I hope this gives you an idea of the Harold Bendell my husband and I have known and loved for over forty year

Sincerely,

Rita Moffett Greenberg, M. Ed, LDT-C

The Honorable Joanna Seybert
United States District Judge for the Eastern District of New York
United StatesDistrict Court -Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

October 14, 2018

Dear Judge Seybert

It is hard to know where to begin, so I'll begin at MY beginning.
It was 1971. I was 25 with a 3 yr old little girl named Nicole, and Harold was 23, yet he seemed so much older and mature. He was soft spoken and won me over when he gave me the cream part of the Oreo cookies. Perhaps both of us being immigrants, AND children of holocaust survivors was part of the connection, coupled with his profound kindness to my little girl. Nicole was always surprised to find a cookie or candy in her jacket pocket. Also, his dad was a kosher butcher, so on Fridays at the end of his teaching day, he would bring lots of different kinds of meat to us.This loving kindness could have been a result of suffering with 2 severe step mothers himself, since his own mom died when Harold was 10 yrs old. We fell in love....

As a young man Harold had so many jobs, never wanting to be a burden on his dad. While his peers were vacationing during holidays and summers, Harold was working. He made deliveries for his dad, had a Mr. Softee ice cream truck route and even drove a NYC yellow taxi cab.

Harold put himself through City College and was hired by NYC to teach in Bedford Stuyvesant, Brooklyn. Bed Stuy was even a challenge then (apart the guns) and he really wanted to make a difference. He told me stories about his students with much affection, even though 7,8, and 9th graders were difficult. He even invited me to class one day and shared with them that I was his girlfriend. They loved that and him. He really cared. At night he took classes to learn about trucks and car mechanics. As a result he tinkered with "junkers" he bought from various dealerships, fixed them and sold them. I guess when he realized fixing cars and selling them was more lucrative than teaching, he began his used car business. He began with ONE car. BUT he never really stopped his teaching /tutoring all through Nicole's school years, and subsequently our other 2 daughters, and he continually taught his sales staff, at regular early morning meetings.

As the business grew, his dad was challenged by a stroke. Harold took both his dad and his brother Bruce into the business. They bought his dad a golf cart and sent him into the used car lot with new confidence. Since Harold was the oldest of the 3 boys, (having lost his middle brother, who had polio, to a suicide) Harold always felt responsible and worked very hard.

When we became a family of 5 and extended with my parents and his dad, Harold always made sure the elders were respected.  He made sure the girls had the best education, and despite getting up every day at 5am  for work, never missed any school parent meetings or sport functions. Never!  He brought up (with my help) 3 fine drug/alcohol free ethical young women with good morals, as fine citizens. (some say its luck. & maybe it is, but thankfully, that's what we got)

**HB12**

The expression "He wants for nothing" literally applies to Harold. His needs are as quiet as his voice. He's not interested in fancy brand name clothing or ANY accessories for that matter. He likes simple meals with simple unassuming people. He doesn't even "own" a car in the attached sense, and drives cars more specifically just to determine their proficiency.

He worked long hours and still made time for our girls' activities. The oldest, Nicole, was/is a singer so he shlepped/dragged video equipment (BIG cameras with tripods, not the little iPhone cameras of today) to all her lessons and performances. The other daughters were athletes, again, videoed, the lessons and tournaments.  Harold is the one my mom (now 95 and widowed) called when my dad was having a heart attack,"Harold will take care!" Now he brings her rye breads, her favorites. He is a hard working FAMILY man, then and now. Today he is just as vigilant with his 3 granddaughters. When the eldest would call with a math problem, he would drop everything to help. The 2 younger ones are only 7 (twins) but not a day goes by, when he's in NY, that he doesn't go to see them AND he's already doing math flash cards with them. They respect and love their "Carpa."

Harold is also very charitable. Not the big check kind for show, but the one-on-one kind where you can actually see the difference you make. He helped put one friend through school, supported another through divorce, provided jobs for a friend's son, made good friend deathbed visits, not to mention how many cars he's given away to relatives less fortunate, and school fundraisers. Also his love of teaching has never waned. In the Bronx he put up a sign at one dealership inviting anyone in the community who needed help
in math or any tutoring to call the number listed. They did and he did. The emails thanking him made him proud and happy.

As for myself, his wife and companion for 47 years, I only want for 47 more because although he wants nothing for himself, Harold has never denied me anything, and was sooo helpful and loving to our girls. I feel lucky and blessed to have had this life with him.
Thank you for listening.

Sincerely,

Anne Bendell

Anne Bendell

**HB13**

M. Daniel Nienaltow, M.D., C.M.

11 Riverside Drive
#2A-West
New York, N.Y. 10023
(212) 721-7574

35 Park Road
Irvington, N.Y. 10533
(914) 591-2507

22 September 2018

The Honorable Joanna Seybert
United States District Court Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

I am a first cousin of Harold Bendell, five years his junior, practicing psychiatry in
NYC, privately and in affiliation with teaching responsibilities at Columbia
University for the last 35 years.  I am married for thirty years, with three children.
My family and the Bendells have been very close for all these many years.

I have known Harold since my birth.  Our families were always extremely close-
knit, as my mother and his father were siblings, the only ones to survive the Nazi
concentration camps and make it to Brooklyn.  Harold had two younger brothers,
 Bruce, the youngest, and Jerry.  Jerry contracted polio, putting terrible strain on
the family.  Joe, the father, worked long, hard hours as a kosher butcher to
support the family.  Several years later, when Harold was young, his mother,
Monya, died of a hemorrhage, leaving my mother and Bruce's father and Harold
to care for the family so Joe could continue to work long hours, until his Joe's
remarriage some years later.  The step-mother was no substitute for the very
special, dear, warmly loving mother he had lost, but the family strove to make it
work. The boys were forced to be resourceful and hard-working, always finding
odd jobs after school and on weekends to help the immigrant family survive.
Then, another great tragedy befell the family.  Brother Jerry, a very sensitive and
dear human being, had struggled with biological depression (as had Monya) for
years.  One day, when Harold was about 25 years of age, in utter pain, and
without wishing anyone else to suffer with him - I know this because he was my
contemporary and best friend - Jerry quietly slipped into the home garage, and,
with tubing he had obtained surreptitiously, completed a carbon monoxide
poisoning suicide, only to be found by a horrified and profoundly agonized
brother Bruce hours later, who extricated him from the car and the garage, and

**HB14**

attempted to revive him to no avail. Harold employed provided exquisite, loving care and support to his extraordinarily grief-stricken brother and parents, demonstrating great strength and loving compassion to all.

The brothers continued to help the father in any ways they could to keep on going in the face of this last tragedy upon the backdrop of tragedies of Monya's death, Jerry's protracted bout with polio and his latter years of depression, and of course the family's historical, trans-generational trauma harkening back to the Holocaust and the long story of tormenting efforts on the part of father and aunt in gaining safety and ultimate deliverance from that hell.

The boys continued to work hard after school hours. Harold led the charge. The two brothers, under Harold's leadership, started a used car business under the elevated trains in Brooklyn. There, they slowly, and with the tenacity and perseverance they had acquired by nature, with their father as role model and the tough times that tested and impelled them, built the technical, interpersonal, networking and business skills to expand their operations, employ other immigrant and minority members of the community, and so emerged a larger and more comprehensive automobile service and sales company that brought great success to them, their father – whom they rescued from the butchery to become a respected member of the sales force – and established them as devoted contributors to the Brooklyn and then Queens communities through their employment of so many of their neighbors, and through the charitable contributions they made throughout to that microcosm of America, winning them well-deserved awards and communal respect along the way. To this day, they employ and support a diversity of people who have come to depend on their encouragement, humanistic and dignified management and generosity.

Harold's and Bruce's families and mine have remained bonded in love and common history and purpose. Harold is a superlatively devoted and giving father of three very special, lovely children, each succeeding in their respective ways in life. He has been a loyal and loving source of strength and generosity to his wife and her family all these many years. Harold is a very good-natured person with a soft, sweet heart, humble, kind and giving.

This is the Harold Bendell I know and love. I pray that Your Honor will please at least consider what I have written here and trust my genuineness and sincerity, as I am myself a respected member of our society who continues to do all he can to contribute well to the humanity around us. In this way, I see myself as kin to my cousin and beneficiary of the good souls who preceded us and upon whose shoulders we keep seeking a higher place for the others in our lives, not merely for ourselves.

**HB15**

Thank you kindly for your consideration in this matter as regards my dear cousin, Harold Bendell.

Sincerely yours,

M.Daniel Nienaltow, M.D., C.M.
 Psychiatry and Internal Medicine,
 Private Practice & Current Special Consultant,
Clinical Psychiatry, Undergraduate & Graduate
Health Services& Former Faculty, College of
Physicians & Surgeons,
 Columbia University
 American Board of Psychiatry & Neurology

 Email: clinpsygrp@aol.com
 Tel: 212-721-7574
 URL: mdnienaltowmdcm.com

**HB16**

The Honorable Joanna Seybert
United States District Judge for the Eastern District of New York
United StatesDistrict Court -Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

October 20, 2018

To Judge Seybert,

My name is Chelsea and I am Harold Bendell's middle daughter. I write this letter on his behalf, with the intention of explaining my father's good nature. Since I was a little girl, I have thought of my father as a hard working, well meaning, generous, available, smart, humor filled man.

If someone were to ask me what is the most defining characteristic about my Dad, I would say that he works harder than anyone I've ever met. He believes that hard work leads to success. He is an immigrant and grew up with immigrant parents. He was raised with very little privilege and to this day, he does not believe that excess anything is necessary or good. In fact, I would say he believes that success that isn't earned with dedication and hard work, isn't worthwhile.

As a child, my Dad would leave the house for work at 5AM only to return at 10PM. He somehow managed to juggle so much work with being an excellent father - someone that I consider a role model. His strong work ethic was a meaningful example to follow. Growing up, I looked to him with aspiration and pride, in hopes that I could one day be as hard-working as him. He encouraged me to study hard and get good grades so I could have choices about my profession. He instilled in me the ability to persevere through hard times and to have faith that things will work out successfully if you put all of your heart into it.

Despite my Dad's not being around after school, I have never felt him absent. There is nothing that could have stopped him from being present for all of the important moments. My father continues to be available for it all.  On the day that my twin daughters were born, my Dad picked me up at 5AM to take me to the hospital. Taking care of twin babies was not easy and my Dad could always be relied on as the extra set of hands. He was the one to give the girls their first belly laughs. Now that they are bigger, he is their door to adventure and excitement. He brings them to Coney Island and Chinatown and exposes them to so much of the culture he values in New York City. Even in Puerto Rico he continues to be available to us, encouraging my daughters to FaceTime him whenever they wake up.  They adore him and look forward to all the fun they have when he visits.

I hope this letter has given you a picture of what a good person my father is. He has always taught the importance of holding oneself accountable for mistakes you make and to never repeat them. I trust that he will follow this advice in his current circumstances.

With respect,

Chelsea Cohen

**HB17**

The Honorable Joanna Seybert
United States District Judge for the Eastern District of New York
United States District Court- Eastern District Of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Seybert,
I write to you today with hopes for you to see a man through a different lens.
My name is Nicole Markson. I am the Stepdaughter of Harold Bendell.
My story begins when My Mother Anne Bendell, met Harold at twenty-five years
old after a tumultuous divorce with my biological father. Harold was only twenty-
three years young. He wasn't fancy, he didn't have money (like my bio dad), and
was not the least bit successful at the time. He was a Math teacher in Bedford
Stuyvesant and he didn't have much, except love to offer. My mother fell in love
with his charm, and his soft-spoken voice. More importantly, she loved how he
immediately bonded with me. I was three years old when he came into my life. I
am now Fifty years old.

I have always been amazed that a young man of twenty-four with the whole world
in front of him, would want to take on the encumbrance of a child. But, he did.
He loved me immediately. He would sneak cookies in my pockets so I would find
surprise, and play with me endlessly. Harold is a man who LOVES children.
My biological father was a very difficult man, and Harold filled those shoes.
My parents soon discovered they had more in common that would bond them in a
more extraordinary and profound way.
They both had parents who were Holocaust survivors, who had come out of hell,
and immigrated to this country with nothing. From an early age, Harold understood
the value of what having a family meant, and understood what true loss was.

Harold had the utmost respect for his father who was trying to raise three boys on
his own. Later, he too would have a Stepmother he disliked so he understood how
valuable being a good parent was, and even more importantly, a Step Parent.

**HB18**

Harold's mother died when he was just eleven years old. He was the oldest boy and had two younger brothers that he was responsible for taking care of while his father worked. Soon, tragedy struck again, when Harold's middle brother committed suicide at only 20 years of age. This event was devastating.
I bring this up to describe Harold's constitution about how family is to be cherished and held sacred.
He learned the value of a strong work ethic watching his father provide for the family. Determined to get an education, he worked his way through college by selling Mister Softee ice cream in the summers.

He became a teacher, and over the years, he built his business from scratch with no help from anyone and nothing but hard, endless, unforgiving work.
He is the true definition of a self made man.

There was no other man who worked as hard. He was Out the door by Five AM and home by Ten PM. The astounding thing is, he worked for the pleasure of working. He simply loved it.

He has always been truly passionate about his business.
It was not, all about the money.

To him it was more about building something, and challenging himself. It was more about being an example and teaching his family about growth and perseverance. It was about becoming something from nothing.

I have always respected him for that. He was superhuman. He did all of this, while somehow finding the time to attend every school event with a video camera front and center, recording the most precious moments of our lives.

Growing up, a lesson he was always imparting which shaped my life, was to always be prepared and learn to be a Survivor. No doubt a lesson from the legacy of having holocaust survivor parents. He believes you should never take anything for granted.

**HB19**

He instilled that no matter how successful you are, it can all be taken away. Nothing is a given.

Things were not given to us on a silver platter. We were not spoiled despite his being able to spoil us. It was always explained that nothing comes from nothing, and what you put in is what you get out.

Harold is a man with little needs. He never wore fancy clothes, or drove fancy cars even though he could have by being in the business. And, Even though could have given us all new cars, he didn't because he believed it was unnecessary and too lavish.

He wanted us to be grounded. He shuns waste and cant stand privileged attitudes

In fact, he is the antithesis of "looking" successful. He is a very humble unassuming man. You would never know by his appearance that he has anything

This is not what he values. He values learning, growth, and experiencing new things with his family. He is a very adventurous fun man who is up for anything especially when there is something to be learned from it.
He is fascinated with culture, diversity and other people's lives. He is always sending me articles, things to read, and Ted talks so I can learn more about the world. He is fun to talk to about politics and have debates with.
He doesn't think he is better than the next man. He is very down to earth, and very much a "regular" guy.

He is someone you can depend on and call for help at anytime.
If he can help you, he will.

Over the years, I've watched him employ many friends who didn't have jobs, help employees buy their first homes, and never expect anything in return.
Even now, he continues to help people less fortunate. He believes people deserve a chance and a future. He has helped many people turn their lives around. He still tutors children in the Bronx in Math on Wednesday nights, and sends children to

**HB20**

summer camp when they would never be able to have this experience. He has a deep heart for those in less advantageous circumstances.

I have always had inspired admiration for these qualities which in turn have taugh me the value of being a more forgiving person and the importance of giving back to the community.

Even more, I have been lucky to have him in my life in a deeper way. Because my natural father wasn't involved, he became what I might have never had. He took an interest in me.

When I was in labor with my daughter, he was with me the whole time before I gave birth. He was my first visitor the day after, appearing in my hospital room at 7 AM. He was so excited to be a grandfather.
He was always available to babysit (even more than my mother) he was the one t call. He would show up at my house every afternoon to "see the baby". He became the Grandfather my child would have never had. He loved it!
My daughter has a Grandfather because he loved her, and they have a very special relationship. He is funny, warm and wants to share his knowledge and life experience. He was always available to help my daughter with her Math through high school and was "on call" for all math tests and exams. I feel so fortunate my daughter has been given the gift of someone willing to sit with her giving her time, patience, and understanding.
When my Sister had her twins, he was ready and willing to help and babysit. He is always playing and exploring with the kids, taking them to museums and to Coney Island where he loved going as a kid from Brooklyn.
He has a very natural way with children and they gravitate to him. They are so excited when he comes.
He loves being called upon and needed by his family.

He is a caretaker. In 2009 when I had Breast Cancer, he made sure I was taken care of by seeing very good doctors and making sure I was comfortable in the hospital. He came to see me every morning and every night.

When I was going through chemo, he would come sit with me when I couldn't leave my bed.
He also almost lost my Mother to Ovarian Cancer (years ago), and a heart attack just two years ago. He has had his share of tough "life" wear you down experiences.

He is the rock of our world, and I ask you to reflect on all of his outstanding qualities and for leniency when considering his sentencing.
Your decision will not be a regretful one.

Thank you for taking the time and consideration in reading this letter.

Sincerely,

Nicole Markson

Honorable Judge Joanna Seybert
United States District Judge for
the Eastern District of New York
United States District Court –
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Seybert,

I'm writing you today about my
father, Harold Bendell. I have
tremendous respect for my father
and love him dearly. He has been
a major influence in my life and I
am extremely grateful for the
opportunities he has so selflessly
given to me.

My father is a teacher. He has
taught me the importance of hard
work and family. As a young child
I remember how lucky I was
because my dad would show up
to every event, whether it was a
dance recital or tennis match he
was there. Even though I hated it
then, if I had a problem with my
schoolwork, he would come home
and sit with me for
hours(sometimes til very late at

**HB23**

night until I got allowed he would teach me the next thing I would be learning, so I would be confident when I learned it in school. He stressed the importance of education and generously paid for me to go the best schools/colleges possible. Now that I am 35, he is supportive of my health and well being and will come and meet me after the gym to say how proud he is of me for taking care of myself.  Being a major force in my life he also stressed the importance of family values, and as a result of this he has built a lovely loving family that he supports fiercely.

I believe he is a good man and that he is a benefit to society. As his daughter I only want the best for him as he has always wanted the best for me. I ask for your leniency. Thank you for your time,

Sincerely,

Skye Bendell

Skye Bendell

Kent Serota
2320 East 72 Street
Brooklyn, New York 11234
September 28, 2018

The Honorable Joanna Seybert
United States District Judge for the Eastern District of New York
United States District Court-Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Seybert:

My name is Kent Serota and I am 71 years old.  I am a retired NYC mathematics teacher
who has taught middle school, high school, and college students. I also worked in the
graduate division of CUNY at Brooklyn College after I retired from the Department of
Education in the city of New York.  I am happily married with two grown children and
two grandchildren.

I have known Harold Bendell since we began middle school, making it almost 60 years of
friendship. We grew up financially poor, but we never knew that because we had an
abundance of friends. We congregated in the schoolyards to play ball every day after
school and especially on the weekends.  To this day, there are a group of us that still get
together to share a meal in Manhattan a few times a year. It is always a special time for us
reviewing the past and talking about the present. We speak about our history together, our
grandchildren; compare their common interests, and our hopes and wishes for their future
in a challenging world.

When we attended different colleges in NYC, Harold would always work to better
himself. I vividly remember his summer job when he rented a Mr. Softee ice cream truck
and worked Eisenhower Park in Garden City, Long Island. He would stay in that truck all
day serving soft ice cream so that he could help with family finances.

I have many defining moments when I think about my relationship with Harold. After
college, we both became mathematics teachers for the NYC Department of Education.
Harold had a burning desire to be in the business world and left teaching a few years later
while I remained. As the years progressed, he became successful but never forgot his
friends.  We always kept in touch and spoke on the telephone.

Many years ago while I was speaking to him, I suggested that he consider hiring
returning veterans from the Gulf War.  He embraced the idea and immediately contacted
the appropriate agencies to find him viable candidates. He felt like this was a service to
the veterans, the community, and the business world.

Harold also volunteered to tutor middle school students in the South Bronx. I was always
impressed by this seeing that he had such a busy schedule.  I would smile when he would

**HB25**

call me asking how I would solve a particular mathematics problem that involved some technology or method that he was not familiar with.

Any time that I had a question that he could help me with, Harold was gracious and did what he could do to solve my dilemma. When I needed advice that encompassed his line of work, he would always respond and do what he could to help me. Harold assisted me in evaluating a fair purchase price for an automobile that I planned to purchase at a dealership in another state.  I have always known him to be is trustworthy, honorable, caring, and truthful.

I understand fully that Harold is guilty of committing a federal crime. However, this in no way indicative of the person he is. He is a complex human being with some faults. He tries to help his family, his community, and his friends. He has compassion for the disadvantaged. It falls upon the court to determine the destiny of a man who worked hard since childhood to achieve the success that he now enjoys. I would ask the court to consider his accomplishments and his character, and pass a lenient sentence on a good man. They certainly would not regret that decision.


Respectfully submitted,



Kent Serota

**HB26**

The Honorable Joanne Seybert

United States District Judge for the Eastern District of New York

United States District Court -Eastern District of New York

Long Island Courthouse

100 Federal Plaza

Central Islip, NY 11722

Dear Judge Seybert,

My name is Stanley Zawatsky. I am a friend of Harold Bendell. I  retired in 2009 as VP Sales for a Communiction company in NYC and now live in Endicott NY for 6 months and in Naples Florida for 6 months.

I am in a unique position as it relates to Harold Bendell, not being family, yet knowing him since we were 12 year old kids...59 years. We met in the school office at PS 268 in Brooklyn. I don't recall if I was sitting onthe bench in the office and Harold came and sat next to me or if it was Harold sitting on the bench and I came and sat next to him. In either case, we were there for the same reason...to enroll in the 5th grade. We had both come from Yeshivas and we were two very anxious, uneasy, and scared 12 year olds.  When  we started talking to each other I believe our fears diminished...we wound up being in the same class both in 5th and 6th grades..which only solidified our friendship.

What I didn't know when I first met Harold in the school office was just a few weeks earlier his mother had died. I   visited his house for the first time, this was probably a couple of months later and still remember today the stillness and sadness in the house.  Plastic and Cloth covering the furniture, hardly any lights on and watching over Harold and his two younger siblings was his

**HB27**

grandfather. An old European Grandfather, white shirt and black pants, a large hat and no English spoken.

Harold Bendell had his share of misfortune...the death of his mother at a young age and not many years later the death of his younger brother. Everyone responds differently to their experiences...Harold was a quiet kid in those days.
Looking back Harold gradually became more assertive, confident yet never a loudmouth. He was a decent kid who never tried to bring someone down.

When in our 20's we both became NYC school teachers. I was distracted by other creative urges and resigned from teaching after 4 years to persue a career as an actor. Harold left teaching to begin his path in business. A Car Wash was his first endeavor and like other successful entrepreneurs it didn't do very well. However, he realized the possibilities of selling used cars. He closed the car wash and began buying and selling used cars. From that beginning it grew to Major Auto. Harold's success is based on two things...He loved the business and he consistently worked harder than anyone else. I know this first hand..while I was waiting to be cast in a play..I worked for him selling cars. He was there first in the morning and last to leave...He was on top of everything..his stock of cars..the cost and conditions of the cars and the never ending buying of more cars.

I am not one to ask for favors from friends but I do remember a time (1981 to be exact) when my 7 year relationship with my live together girlfriend was ending. Harold had met Jennifer and was surprised and not initially believing me when I told him she wanted the relationship over. I Think when I broke down crying he took me seriously. I was 34 years old, an acting career not moving forward and not much to look forward to..I remember telling Harold I was having a difficult time sleeping alone after having Jennifer sleeping next to me for 7 years. I had never felt so alone.

**HB28**

Fortunately, Harold realized it would be a good idea that I stay with him and Anne for a couple of days...which I did. It turned out to be very important (which is why I still remember it) ...I needed to wake up in the morning with friends and not alone. Funny how just a couple of days helped so much.

Needless to say Harold is a loving father and grandfather....that there is no dispute.

I know Harold must face the consequences of his actions, but I believe firmly that when looking at the full life experiences of Harold Bendell...consideration of leniency is well deserved.

Sincerely,

Stanley Zawatsky    10/20/18

**HB29**

The Honorable Joanna Seybert
United States District Judge for the Eastern District of New York
United States District Court – Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Seybert,

I am writing this letter to give you a picture of my life long friend, Harold Bendell. I met Harold in 1958 when he was ten and I was twelve and I lived next door to his schoolmate. He happily came down our street in Brooklyn often to visit his pal. They played ball with other youngsters on the block. Harold lived on the other side of the school district so we did not attend the same High School. But we were reunited years later when he met and married a lady I consider to be my best friend. How wonderful!

Throughout the years we have shared many good times: raising children, family celebrations, travel, etc. A fun dinner companion, Harold is always ready to tell jokes to entertain us; his performances more hilarious than the punch lines. And regrettably, the bad times: serious medical issues that his family experienced. But overall, his life has always been filled with a sense of adventure. He loves travel, racquetball, and biking.

Harold is passionate about his wife, daughters and granddaughters. The son of Holocaust survivors, he is extremely aware of how precious family and extended family is. When my husband was forced to close his business of 25 years and needed emotional support, Harold planned a trip for the four of us to make life feel good not "over." A very life affirming gesture that sent our lives on a positive trajectory.

Harold was in Florida when my ten year old daughter fell ill visiting grandma in Miami. He volunteered to bring her home. He carried her bundled in a blanket into the cold night at JFK to my waiting car. I was so relieved and grateful. We love Harold and are greatly saddened by his present situation. We are ready to give him and his family the kind of support we have received from him over the years to make the future look bright again.

Respectfully,
Pam Ginetta

**HB30**

The Honorable Joanna Seybert
United States District Judge for the Eastern District of New York
United States District Court- Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Seybert:

My name is Lucy Zillitto. I worked for Hagedorn Communications, a newspaper printing Co. for 22 years. During that time, I met Mr. Harold Bendel. He was the owner of a Bronx car dealership. I would get ads from Mr. Bendel to be advertised in our Bronx newspapers. He advertised all his dealerships for years.

Mr. Bendel use to help the community by tutoring the children for FREE it was him and he had other tutors. He had contacted me to place an advertisement in our Bronx news and Co-Op City News for tutoring. Mr. Bendel wanted to help the community to thank them for purchasing his cars.

At that time, I was attending Southern Westchester Boces to get a GED. I asked Mr. Bendel if I could attend his classes and he agreed. Mr. Bendel personally sat with me for a couple of years every Tuesday for 4 or 5 hours each time. He used to travel from Queens dealership to meet with us in the Bronx. In my eyes, he is the perfect teacher so dedicated. He made sure I understood and He wanted me to passed the test something that I want so bad.

I finally passed the Common Core GED December 2015 with the help of Mr. Bendel. I do not believe I could have passed the GED test if it wasn't for Mr. Bendel. I did continue my education I graduated in December 2017 from Monroe College. I received my College degree in Associate of Applied Science in Medical Administration and I'm working in the Medical field. I owe all this to Mr. Harold Bendel. I'm so appreciative of his dedication to me and all the children that the parents dropped off for him and his team to tutor us.

I'm aware of Mr. Harold's legal situation and support him. Mr. Harold Bendel is a good person, a good and dedicated teacher, a good husband and father, and a good friend. Please consider leniency.
Lucy Zillitto

Lucy Zillitto

**HB31**

Dear Harold and Toyota

We have been helping tutor Math for Toyota for over 4 years now. We always enjoy working with the students and parents in the furthering of math skills. Through the years we have seen student GPA rise each semester as we focused on math skills they were lacking in.

One especially joyful moment was seeing a student walk in with a huge smile and thank you card in hand, to say I did it. I passed my algebra regents! She came to tutoring from September through January just to get help with her regents and she had such great attitude to pass and studied hard learned and did it! This wasn't only a lesson in math but a life lesson even though we fail we can get back up and try again. She had a 64 on her first round of the algebra regents and in January she got a 87!

Other joys are to write recommendation letters for students as they work hard to apply to get into better schools. Seeing these kids stay motivated week after week and encouraging them to keep their studies up, as this will affect them for life has been a true blessing.  We strive to push a student to go one step further and enable families to reach higher.

We have enjoyed the relationships with the students and families and will continue to invest in the lives of these students; it is a joy to be a part of changed lives! Thank you for this opportunity to teach the children!

Rich and Becky Meyer
July 16, 2018

**HB32**

 Gmail

peter contreras <contreraslmac4@gmail.com>

## Fwd: How Tutoring impacted Marcus
1 message

**Becky Meyer** <richbeckymeyer@aol.com>            Thu, Jul 5, 2018 at 7:28 PM
To: contreraslmac4@gmail.com

**Becky Meyer**
8 Heath Lane
Schooleys Mountain, NJ 07870
cell: 845-661-5922

-----Original Message-----
From: Gwladys Pognon-Clarke <gwladys.pognon@aol.com>
To: richbeckymeyer <richbeckymeyer@aol.com>
Sent: Tue, Jun 26, 2018 4:41 pm
Subject: How Tutoring impacted Marcus

Since starting the program we have seen an improvement in Marcus's math homework and understanding with some math subjects. When he doesn't understand a problem he would ask and she would assist him with. Also pushing him to try work that is above his grade level and that has prepared him for class. We would like to thank Becky and Toyota for this program it honestly is a great program for the kids who need a little extra help. He looks forward to going to tutoring every Tuesday and we look forward resuming to it after the break.
Have a great summer!
Marcus Mom

HB33

June 25, 2018

To: Toyota Re Tutoring

My son Joshua Jacobs have been going to tutoring with Miss Becky for quite a while now. Joshua love going on Tuesdays because he feels comfortable and welcomed. Miss Becky as done a superb job with Joshua. His grades have improved a lot and he is more confident. I also noticed that quite a few other kids attend and they seem quite comfortable in that setting. Thank you Toyota for considering the children of the Bronx and helping them to get ahead in their academics. Due to the help my son received he was able to pass the regents with an 81% score in Math. He is so happy and confident in himself. Thank you again for the great work you all are doing. Also we are very thankful that Joshua could get this added support that he needed. We were referred to Toyota by a teacher from Our Savior Lutheran School which indicates that Toyota is making a difference in the community and in the lives of the children.

God bless you and keep up the great work.

Sincerely

Doreen Jacobs

Carlton Jacobs

HB34

 Gmail

peter contreras <contreraslmac4@gmail.com>

## Fwd: Afterschool Program/Ms BECKY MEYER

1 message

**Becky Meyer** <richbeckymeyer@aol.com>
To: contreraslmac4@gmail.com

Thu, Jul 5, 2018 at 7:27 PM

**Becky Meyer**
8 Heath Lane
Schooleys Mountain, NJ 07870
cell: 845-661-5922

-----Original Message-----
From: LEZ- A. <lesliemartey@gmail.com>
To: Becky Meyer <Richbeckymeyer@aol.com>
Sent: Tue, Jun 26, 2018 4:18 pm
Subject: Fwd: Afterschool Program/Ms BECKY MEYER

---------- Forwarded message ---------
From: LEZ- A. <lesliemartey@gmail.com>
Date: Tue, Jun 26, 2018, 3:09 AM
Subject: Afterschool Program/Ms BECKY MEYER
To: Becky Meyer <Richbeckymeyer@aol.com>

Good Afternoon,
I wish to use this opportunity to thank Ms Becky Meyer, supported by her son Matthew and her husband for their
dedication, sacrifice and passion in teaching my son Joel Martey and other children from the neighborhood, words
alone cannot describe this gifted family's love and sacrifice in helping our children with math. May the Lord continue
blessing this family in whatever they do.
THANK YOU THE MEYER FAMILY.

I would also like to extend my sincere gratitude to CITY WORLD TOYOTA on 3333 BOSTON ROAD, BRONX, NY for
the space provided to make this Afterschool Math program begin and a success. Thank you TOYOTA and we hope
you continue to support the program for as long as possible. Thank you.

Leslie Martey (parent)

**HB35**

The Honorable Joanna Seybert
United States District Judge for the
Eastern District of New York
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Seybert:

My name's Carmen Lugo, on September 2016 Mr. Bendell hired me to work at HB automotive
consulting. I barely knew Mr. Bendell and was only working for him under two weeks when my
oncologist called asking me to see her because my mammogram results reflect " suspicious
microcalcification findings" I remember telling Mr. Bendell and thinking I could no longer work because
of the appointments that would follow. I knew the situation to well since I've been in remission since
2008. Unfortunately my biopsy reports were positive for breast cancer and when I told Mr. Bendell he
told me I will continue working and to go to all my doctor appointments. Mr. Bendell showed me
empathy and compassion when I needed it the most.

A year later, September 2017, Puerto Rico was hit by Cat. 4 hurricane named Maria that devastated our
entire island. Our office had to be closed due to structural damage. Despite me not being able to work,
Mr. Bendell once again showed the good person, friend he has been by continuing paying my salary
without me working. He also sent my family and I supplies from the states like water, candles, batteries
and flashlights.

The office reopened in January 2018 but it wasn't until April where we were fully operable. By June 2018
I had Breast Reconstruction, I will always remember Harold's exact words, "you work when you can at
your pace". I continued working through my recovery from home with an Iphone and a laptop that Mr.
Bendell provided. In a short time Mr. Harold Bendell has proven to be a friend and someone I consider
to be special, in my time of need, he demonstrated to be a humanist before my employer and for these
reasons Judge Joanna Seybert I belive he should be granted leniency, a decision you will not regret.

Yours Truly,

*Carmen Lugo*

Carmen Lugo

**HB36**

The Honorable Joanna Seybert
United States District Judge for the Eastern District of New York
United States District Court - Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Joanna Seybert:

My name is Evelyn Nieves, for the past two years I have been a Customer Service employee for Mr. Bendell's Business, HB Automotive Consulting, in Puerto Rico.

After a year of working for Mr. Bendell, September 2017, Puerto Rico suffered a devastating Hurricane "Maria". Our office was close for business due to structural damage and power outage. During this time Mr. Bendell never stopped paying my salary, something no other individual would have done for his employees. He also reached out to me and my family by shipping Emergency Supplies that were not available in the Island. He showed me the type of person that he really is, a Kind, Caring, Compassionate and Giving individual. Mr. Bendell put aside his work ethics and treated us like family.

I'm grateful to have come across such a Caring Employer and Special Individual, we need more humans like him in this planet. For the short time that I have work and known Mr. Bendell, for the good person that he is and for all the wonderful things he has done for his employees in Puerto Rico, I, Evelyn Nieves, ask your Honorable Judge Joanna Seybert to grant Mr. Harold Bendell leniency in this legal matter, I know that such a decision will not be regretted.

Sincerely,

Evelyn Nieves

**HB37**

TRAVIS K. SMITH
EXPLORING, GREATER NEW YORK COUNCILS

To Whom It May Concern,                                    October 2nd, 2018

The Law Enforcement Exploring Program became rooted in New York City in 1995. Currently the program serves 4,000 NYC kids annually. Law Enforcement Exploring prepares young men and women between the ages of 14 through 20 for a career in public service as Police Officers. The Exploring Motto is "Our best today, for a better tomorrow". The program motivates its participants to play by the rules, work hard and stay in school.

A cornerstone of Law Enforcement Exploring in New York City is the Law Enforcement Exploring Academy, a three-week Academy founded in 1995. Each year since that time between 200 & 250 Explorers complete the academy which is comprised of two weeks at Fordham University and one week at Camp Keowa in Narrowsburg New York. The Academy is staffed by Officers and Agents from over 18 separate departments and agencies. The Academy teaches its participants hard work, discipline and teamwork.

For over 18 years, Harold and Bruce Bendell have been the major underwriters of the Law Enforcement Exploring Academy. They have contributed hundreds of thousands of dollars that have allowed countless NYC kids to attend the Academy free of charge. These kids have had experiences many of their peers could only imagine. They have had the chance to sleep in a wall tent, go rappelling, build campfires, learn archery and most importantly get away from the city. All free of charge.

On June 20th, 2018, Law Enforcement Explorer Junior Guzman-Feliz, was murdered in a horrible case of mistaken identity in the Bronx. Harold and Bruce Bendell were moved to increase their annual gift to the Academy from $16,000 to $25,000. Their support allowed us to send even more kids to Camp this summer. Harold, Bruce and Adam Cohen work to raise funds for the academy by sharing their passion and interest in the Academy with their friends and business contacts. Through this network countless additional funds have been generated to support the Law Enforcement Exploring Academy as well. I have had the pleasure of working with the Bendell's for the past 11 years. During this time what strikes me the most about them is their willingness to give generously without concern for recognition or acknowledgment. They are true friends to the program and have selflessly concerned themselves with our city's kids.

Kind Regards,

Travis Smith

**HB38**

 Manhattan Parking Group

October 16, 2018

To Whom It May Concern:

I am writing on behalf of Bruce & Harold Bendell and ask that you consider some leniency on any sentencing they may receive.

My name is Greg Gonzalez and I am a principal of Manhattan Parking Group, a company that owns and operates over 100 parking locations throughout the New York Metropolitan Area.  I am the secretary of the Bronx Chamber of Commerce Executive Board,  Chairman of Albert Einstein College Medicine Professional Leadership Group, and a member of the Executive Board of the Bronx Historical Society.

All of these organizations do incredible work in the Bronx that help improve the quality of life for the people that live in the Bronx.  Bruce and Harold Bendell have always been generous in supporting these organizations that help enrich our communities.

I share this with you because although these two men did a mistake I believe that should not erase all the good deeds that they have done in the over the last decade that I have known them.

I respectfully thank you for your time.

Sincerely

Greg Gonzalez

545 Fifth Avenue, Suite 600, New York, NY 10017

**HB39**

# Church of Saints Philip and James

**1160 EAST 213TH STREET**
**BRONX, N.Y. 10469**

TEL.: (718) 547-2203                                                                06/19/2018
FAX: (718) 231-8160

Dear, Harold and Bruce,

Allow me to humbly express my appreciation to you on the behalf of Sts. Philip and James Church/School community and on my behalf, for your unselfish financial support of the Sts Philip and James Church/School Community, the WA-JO Memorial Medical Center in Uganda and three other medical centers in Uganda seen in four ambulances you generously fixed.

There is no doubt that your generosity and community minded spirit have had a great positive impact on our community. For more than a dozen years, you have donated many thousands of dollars for the support of Catholic Education at Sts. Philip and James. The computer lab, the security system in the school yard and the Bendell scholarships to needy students, the support to our youth in facilitation of their Annual Community day celebrations are just a few examples of the help that you have given to mention. Recently, in fixing the ambulances, you extended your generous support to the people of Uganda and the WA-JO Memorial Medical  Center in my home village that provides medical services to children, the elderly, accident victims and it is also a Birthing Center for the surrounding area. Evidently your generosity exists not only in our Sts. Philip and James community but it goes beyond geographic borders to the people of Uganda in East Africa.

Thank you sincerely for your love and support without which we could not hold together at this moment of financial challenge and for a big heart that embraces all people regardless of who they are. May you be blessed in the wonderful spirit that you have always had and demonstrated. Indeed, together we can build and maintain our community to be a better place for mankind to thrive. God bless and protect you for you are such a blessing and gift to our community and the people of Uganda.

Sincerely

Fr. Steven Masinde AJ

Pastor

**HB40**



June 27th, 2018

Dear Harold and Bruce Bendell,

The ENJ Productions LLC group and the Saints Philip and James community day leaders would like to thank you immensely for your generous support of our third annual community day celebration which will be held in the school yard on Sunday, July 15th, 2018.

As you know, community action, interfacing cultures and raising awareness on social issues are the roots for maintaining an intact neighborhood where the people share friendship and concern for each other. This also allows for the areas surrounding 212th, 213th, and 214th off Boston road to be a model community for peace, safety, and harmony within our diverse identity in this Northeast section of the Bronx.

Please know that we salute your commitment to the American Dream, especially for those who have embraced the United States as their second home.

Looking forward, we ask God to continue to bless you and your loved ones with good health and good fortune.

Sincerely,

Emmanuel Odume

ENJ Production Team

**HB41**

October 25, 2018

Norman Dorf
802 Closterdock Road
Alpine, NJ 07620

The Honorable Joanna Seybert
U.S. District Judge Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Dear Honorable Judge Seybert:

This letter is regarding Harold Bendell, who you will be sentencing shortly.
I recently found out that Mr. Bendell plead guilty to tax evasion, and would most likely be imprisoned. I
was deeply saddened upon this news. I have always known Mr. Bendell as a humble, upstanding, well
respected individual.

I called Mr. Bendell. He was, as expected humbled and noticeably shaken from the criminal investigation
and upcoming sentencing.

Mr. Bendell, to me has been more than a "model citizen". He is a person who I have tried to emulate. His
humility, wisdom and kindness have helped me thru some tough times, both personally and in business.

I first met Mr. Bendell when I was in my late 20's. (Over 20 years ago) He has always treated me with
respect, patience, and generosity. I have always appreciated his business and life advice.

Below is a list of just a few of the accomplishments of Mr. Bendell;

- he is very strong willed and loyal
- he has been a devoted husband for 42 years
- he has 3 grandchildren who think the world of him
- he has a very strong work ethic
- he grew up with very little in Brooklyn
- his mother passed away when he was very young and grew up with an unkind stepmother
- he has started and grown his business with his children and their spouses actively working in it
- he has hundreds of employees earning a good living, many of them have been with him for a long
  time
- he has been unconditionally available to help friends in need
- and most impressively, he mentors and tutors underprivileged children in math

It would greatly appreciated if you could take as many of these character traits into consideration before
sentencing Mr. Bendell.

Respectfully,

Norman Dorf

**HB42**

Subject:    **Re: Consortium for Autmotive Education**
Date:       10/21/2018 1:00:26 PM Eastern Standard Time
From:       majorhb1@aol.com
To:         autolab3@aol.com

harold can you sign electronically and resend or sign it and mail it to me at major.  i need a signed copy  thanks

HAROLD BENDELL MAJORCHEVROLET


-----Original Message-----
From: Harold Wolchok <autolab3@aol.com>
To: majorhb1 <majorhb1@aol.com>
Sent: Tue, Sep 25, 2018 4:08 pm
Subject: Consortium for Autmotive Education

September 25, 2018

The Honorable Joanna Seybert
United States District Judge for Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11752

Dear Judge Seybert:

I am Chairman of the Consortium for Automotive Education and would like to report
what Harold Bendell has helped accomplish with this not-for-profit public service
program.
Harold has appeared almost every week for the 2 hours on our broadcast for over 30
years. He has helped our listeners with all of their car questions and we have never
received a complaint from them about his help. We have been told that we over
200,000 listeners throughout the world  and we are heard in the tri-state area and are
simulcast throughout the world  at the www.theautochannel.com/cybercast/theautolab.

The Consortium was conceived over 30 years ago in the hope we could pair a sense of
realism about how the educational automotive environment could - and should be .
Harold has worked with us and has offered college students during the summers
internships and has paid them to do this. He has has also worked  and supported us to
bring credible automotive information to the college campuses and to the general public
for the 30 years.

During the past 30 years, the automotive technology programs at the City University of
New York and the  New York City Department of  Education have had Harold help them
improve their educational programs.

Our goal is to develop automotive information systems that assist in educating students
and listening callers about basic auto matters and for when to seek second opinions.

**HB43**

Harold is on line always helping them out. He is in studio with instructors from Bronx Community College's Automotive Technology Department and Brookdale Community College's and  other instructors from other institutions. We also provide the institutions free spots telling our listeners about their automotive programs.

Sincerely,

Prof. Harold Wolchok
Consortium for Autmotive Education
autolab3@aol.com
917-525-6147

Ismael Cardona
366 Wadsworth Avenue
New York NY 10040
1-911-318-1746

The Honorable Judge Joanna Seybert
UNITED STATES DISTRICT JUDGE EASTERN DISTRICT
OF NEW YORK
Alfonse M. D'Amato Federal
United States District Court
100 Federal Plaza Central Islip, NY 11722

Re: Unite States V. Harold Bendell   2:17-cr-00585-JS

Dear Honorable Judge Seybert,

                                    Your Honor, I just can't help
getting the feeling that I must write you on behalf of Harold
Bendell. I was not asked to do so and neither does he know that
I'm writing you.

My name is Ismael Cardona, and on 9/29/1998 the Honorable
Judge Kimba Wood sentenced me to 210 months imprisonment
followed by 5 years supervised released for drug trafficking. At
the sentencing she gave me advice that I followed. I finished the
prison time and when I came home I tried to find employment.
However, when employers discovered my conviction the
calculus changed and I was denied employment because of my
conviction. While in Prison President George Bush signed the
second chance act in 2007 and I was of the belief that I will get a
second chance when I came home. The reality was that most
employers said NO.

I went to Major World Auto and met a man Harold Bendell who
gave me that second chance.

He was open, understanding, and most of all said that he said
that he will give me a second chance.

Indeed he gave many other ex-prisoners a second chance which
prevented recidivism and at large contributed to the community.
Your Honor, I am asking you to give him a second chance. I'm
aware of his crimes and he has expressed remorse in many
instances.

Your honor, I do believe that I speak for many people that he's
given a new opportunity to change their lives.
Thank you your Honor.

Respectfully,

Ismael Cardona
Ismael Cardona

HB45





HB47