# Exhibit F

## SENTENCES OF PROBATION FOR CONVICTIONS OF 26 U.S.C. § 7206
### (Eastern and Southern Districts of New York)

### Convictions for Violating §7206(2)

*United States v. Munoz,* 17-cr-00199-KAM (EDNY): Defendant convicted of one count of §7206(2), ordered to pay $136,789 in restitution and sentenced to 5 years' probation with special conditions.

*United States v. Wright,* 16-cr-00500-MKB (EDNY): Defendant convicted of one count of §7206(2), ordered to pay $6,028 in restitution and sentenced to 3 years' probation.

*United States v. Beltran,* 16-cr-00114-ALC (SDNY): Defendant convicted of one count of §7206(2), ordered to pay $550,000.00 in restitution and sentenced to 5 years' probation.

*United States v. Jenkins,* No. 15-cr-00451-LTS (SDNY): Defendant convicted of 20 counts of §7206(2), ordered to pay $450,000.00 in restitution and sentenced to 3 years' probation with 6 months of community confinement and 6 months of home confinement.

*United States v. Narine,* 15-cr-00158-RRM (EDNY): Defendant convicted of one count of §7206(2), ordered to pay $145,994 in restitution and sentenced to 3 years' probation with first six months in home confinement.

*United States v. Baynes,* 15-cr-139-KAM (EDNY): Defendant convicted of one count of §7206(2), ordered to pay restitution of $161,865 and sentenced to 4 years' probation.

*United States v. Thompson,* 15-cr-00126-PKC (EDNY): Defendant convicted of one count of §7206(2), ordered to pay $259,653 in restitution and sentenced to 5 years' probation with first 12 months in home confinement.

*United States v. Halbreich,* 14-cr-00256-MKB (EDNY): Defendant convicted of one count of §7206(2), ordered to pay $104,978 in restitution, and sentenced to 2 years' probation with 200 hours community service.

*United States v. Madison,* 14-cr-00175-CBA (EDNY): Defendant convicted of one count of §7206(2) and sentenced to 4 years' probation.

*United States v. Harrison,* 14-cr-00174-CBA (EDNY): Defendant convicted of one count of §7206(2) and sentenced to 4 years' probation.

*United States v. McCormack,* 13-cr-0059 (EDNY): Defendant convicted of one count of §7206(2), sentenced to 5 years' probation and ordered to pay $141,029 in restitution.

*United States v. Shockler,* 12-cr-00415 (EDNY): Defendant convicted on six-count indictment including violations of §7206(2).  Ordered to pay restitution of $592,704.05 and sentenced to two years' probation.

*United States v. Frank,* 11-cr-00820-LDW (EDNY): Defendant convicted of one count of §7206(2) and sentenced to 3 years' probation.

*United States v. Sime,* 11-cr-00295-SJF (EDNY): Defendant convicted of one count of §7206(2) and sentenced to 5 years' probation.

*United States v. Heredia,* 11-cr-00295-SJF (EDNY): Defendant convicted of one count of §7206(2) and sentenced to 3 years' probation.

*United States v. Presley,* 11-cr-00236-JFB (EDNY): Defendant convicted of one count of §7206(2), ordered to pay $104,346.36 in restitution and sentenced to 5 years' probation.

*United States v. Saleem*, 10-cr-681-KMW (SDNY): Defendant convicted of ten counts of §7206(2) and sentenced to 3 years' probation.

*United States v. Sabale*, 10-cr-681-KMW (SDNY): Defendant convicted of violating §7206(2) and sentenced to 3 years' probation.

*United States v. Quinn*, 10-cr-00327-JS (EDNY): Defendant convicted of fourteen counts of §7206(2) and sentenced to 3 years' probation with 100 hours of community service and ordered to pay US $101,338 in restitution.

*United States v. Durao,* 10-cr-72-KMW (EDNY): Defendant convicted of one count of §7206(2) and sentenced to 3 years' probation.

*United States v. Cinquegrani*, 8-cr-849-SHS (SDNY): Defendant convicted of one count of §7206(2) and one count of tax evasion under §7201, and sentenced to 3 years' probation.

*United States v. Amendola*, 07-cr-00872 (EDNY): Defendant convicted of one count of §7206(2) and sentenced to 5 years' probation.

*United States v. Gonzalez*, 07-cr-00569-ADS (EDNY): Defendant convicted of one count of §7206(2) was ordered to pay US $128,681 in restitution and sentenced to 3 years' probation with 250 hours community service.

*United States v. Chavaness*, 06-cr-00036-JBW (EDNY): Defendant convicted of ten counts of §7206(2) and sentenced to 5 years' probation.

*United States v. Damour*, 05-cr-00890-LDW (EDNY): Defendant convicted of one count of §7206(2) was sentenced to 5 years' probation and ordered to pay US $82,096 in restitution.

*United States v. Tout-Puissant*, 05-cr-00309-DLI (EDNY): Defendant pleaded guilty to one count of violating §7206(2) and was sentenced to 4 years' probation.

*United States v. Torres*, 04-cr-00352-SJ (EDNY): Defendant convicted of one count of §7206(2) and three counts of §7206(1), and sentenced to 5 years' probation.

*United States v. McGowan*, 03-cr-00342-KMK (EDNY): Defendant convicted of violating §7206(2) and other counts, ordered to pay US $232,810 in restitution, and sentenced to time served.

*United States v. Correa*, 03-cr-00427-JBW (EDNY): Defendant convicted of one count of §7206(2) and sentenced to 5 years' probation.

*United States v. Indriolo*, 01-cr-514-BDP (SDNY): Defendant convicted of one count of §7206(2) and sentenced to 3 years' probation.

*United States v. Siskin*, 98-cr-00390-JM (EDNY): Defendant convicted of one count of §7206(2) and sentenced to probation for one year.

*United States v. Gretah*, 98-cr-00522-ILG (EDNY): Defendant convicted of one count of §7206(2) and sentenced to 4 years' probation.

*United States v. Guillaume*, 96-cr-00282-JS (EDNY): Defendant convicted of three counts of §7206(2) and sentenced to 3 years' probation.

*United States v. Rech*, 93-cr-01051-JBW (EDNY): Defendant convicted of violating §7206(2) and sentenced to 4 years' probation.

## Convictions for Violating §7206(1)

*United States v. Doyle,* 16-cr-00506-ALC (SDNY): Defendant convicted of one count of §7206(1), ordered to pay $238,444.36 in restitution and sentence to 4 years' probation with 8 months of home confinement and 300 hours of community service.

*United States v. Stern,* 16-cr-00154-NGG (EDNY): Defendant convicted of two counts of §7206(1), ordered to pay $190,781 in restitution and sentenced to 3 years' probation.

*United States v. McKay,* 15-cr-00286-SJF (EDNY): Defendant convicted of one count of §7206(1), ordered to pay $195,371.50 in restitution and sentenced to 3 years' probation with 5 hours of community service per week for one year.

*United States v. Rosario,* 15-cr-00164-JBW (EDNY): Defendant convicted of three counts of §7206(1), ordered to pay $738,614 in restitution and sentenced to 4 years' probation.

*United States v. Kouzios,* 15-cr-00065-ILG (EDNY): Defendant convicted of one count of §7206(1), ordered to pay $1,460,366 in restitution and sentenced to 3 years' probation and 150 hours of community service and $60,000 fine.

*United States v. Parsons,* 14-cr-00282-ADS (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 3 years' probation.

*United States v. Cishooga,* 14-cr-00217-ENV (EDNY): Defendant convicted of one count of §7206(1), ordered to pay $239,044 in restitution and sentenced to 5 years' probation with 250 hours community service.

*United States v. Habib,* 14-cr-00212-BMC (EDNY): Defendant convicted of one count of §7206(1), ordered to pay $199,999 in restitution and sentenced to 4 years' probation.

*United States v. Wally,* 13-cr-00603-LGS (SDNY): Defendant pleaded guilty to two counts of §7206(1) and sentenced to 5 years' probation.

*United States v. Singh,* 13-cr-00408-JBW (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 3 years' probation and ordered to pay $821,342.62 in restitution.

*United States v. Ferrante,* 13-cr-00346-SJF (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 3 years' probation.

*United States v. Kim,* 13-cr-00317-JFB (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 3 years' probation with 100 hours community service.

*United States v. Fahmy,* 13-cr-00209-JS (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 5 years' probation.

*United States v. Shin,* 12-cr-00182-NGG (EDNY): Defendant convicted of one count of §7206(1), sentenced to 5 years' probation and ordered to pay $1,946,153 in restitution.

*United States v. Park,* 12-cr-00344-FB (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 3 years' probation.

*United States v. Eason,* 12-cr-00054-RPP (SDNY): Defendant pleaded guilty to five counts of §7206(1), and was sentenced to 5 years' probation and ordered to pay $107,621.24 in restitution.

*United States v. Dal Piaz,* 12-cr-00494-BSJ (SDNY): Defendant pleaded guilty to two counts of §7206(1), and was sentenced to one years' probation and ordered to pay $316,374.95 in restitution.

*United States v. Doane,* 12-cr-00630-JFK (SDNY): Defendant pleaded guilty to one count of §7206(1) and was sentenced to 3 years' probation.

*United States v. Iulo, et al.,* 11-cr-00783-LAP (SDNY): Defendant James Murray pleaded guilty to one count of §7206(1), was sentenced to 3 years' probation and ordered to pay $120,000 in restitution.

*United States v. Hyland,* 11-cr-00823-JGK (SDNY): Defendant pleaded guilty to one count of §7206(1) and was sentenced to 2 years' probation.

*United States v. Tejada, et al.,* 11-cr-00827 (SDNY): Defendant Norma Jiminez pleaded guilty to thirty counts of §7206(1), and was sentenced to time served plus 3 years supervised release, in addition to being ordered to pay restitution in the amount of $75,255.

*United States v. Burton,* 11-cr-00041-CBA (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 5 years' probation.

*United States v. Bhasin,* 11-cr-00268-ADS (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 2 years' probation with 150 hours community service.

*United States v. Huang,* 10-cr-00228-LTS (SDNY): Defendant pleaded guilty to one count of §7206(1), was sentenced to 4 years' probation and ordered to pay $1,639,895.49 in restitution.

*United States v. Upham,* 10-cr-00326-AKH (SDNY): Defendant pleaded guilty to 3 counts of §7206(1) and was sentenced to 3 years' probation.

*United States v. Vogliano,* 10-cr-00327-TPG (SDNY): Defendant pleaded guilty to 6 counts of §7206(1) and was sentenced to 2 years' probation.

*United States v. Robbins,* 10-cr-00333-RJH (SDNY): Defendant pleaded guilty to 5 counts of §7206(1) and was sentenced to one year's probation.

*United States v. Haggerty,* 10-cr-00306-RJD (EDNY): Defendant convicted of 3 counts of §7206(1) and sentenced to 2 years' probation.

*United States v. Durao,* 10-cr-00072-LDW (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 3 years' probation.

*United States v. Otero,* 10-cr-00265-JFB (EDNY): Defendant convicted of one count of §7206(1) and sentenced to time served with 3 years' probation.

*United States v. Qui,* 09-cr-00738-ENV (EDNY): Defendant convicted of one count of §7206(1), sentenced to 3 years' probation and ordered to pay $123,578 in restitution.

*United States v. Rivera*, 09-cr-00750-DC (SDNY): Defendant pleaded guilty to 2 counts of §7206(1), sentenced to 2 years' probation and ordered to pay $152,332 in restitution.

*United States v. Kwong*, 08-cr-00527-JBW (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 3 years' probation.

*United States v. Terry*, 08-cr-00858-CBA (EDNY): Defendant convicted of one count of §7206(1), sentenced to 4 years' probation and ordered to pay $209,653 in restitution.

*United States v. Bedell*, 08-cr-00455-DRH (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 3 years' probation with 100 hours community service and an order to pay $170,633 in restitution.

*United States v. Milone*, 08-cr-00586-SJF (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 5 years' probation.

*United States v. Steger*, 08-cr-00630-JSR (SDNY): Defendant pleaded guilty to one count of §7206(1) and one count of conspiracy to defraud the United States, and was sentenced to 3 years' probation and ordered to pay $1,617,250 in restitution.

*United States v. Antonakas*, 08-cr-00954-BSJ (SDNY): Defendant pleaded guilty to one count of §7206(1) and one count of conspiracy to defraud the United States, and was given 2 years' probation and ordered to pay $102,859 in restitution.

*United States v. Manigault*, 07-cr-00951-DLC (SDNY): Defendant pleaded guilty to 3 counts of §7206(1) and was sentenced to 5 years' probation.

*United States v. McGirl*, 07-cr-01001-CM (SDNY): Defendant pleaded guilty to 2 counts of §7206(1) and was sentenced to 2.5 years' probation.

*United States v. Capria*, 07-cr-00256-CLB (SDNY): Defendant pleaded guilty to one count of §7206(1) and was placed on 2 years' probation.

*United States v. Schallis*, 06-cr-00995-KMK (SDNY): Defendant pleaded guilty to one count of §7206(1) and one count of attempt to evade or defeat tax, and was sentenced to 3 years' supervised release.

*United States v. Masterson*, 06-cr-00679-JBW (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 4 years' probation.

*United States v. Calcagno*, 05-cr-00298-RJD (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 3 years' probation.

*United States v. Vincent, et al.,* cr-00059-DC (SDNY): Defendant Samir A. Vincent pleaded guilty to 4 counts including one count of §7206(1) and was sentenced to 3 years' probation.

*United States v. Aguilar*, 05-cr-00413-RPP (SDNY): Defendant pleaded guilty to six counts of §7206(1) and was sentenced to 3 years' probation.

*United States v. Denier,* 06-cr-00255-JFB (EDNY): Defendant convicted of one count of §7206(1) and one count of §7206(2), and sentenced to 3 years' probation.

*United States v. Lennex*, 06-cr-00550-JS (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 5 years' probation.

*United States v. Brennan,* 05-cr-00747-JBW (EDNY): Defendant convicted of one count of §7206(1) and one count of 18 USC §1349, and sentenced to 5 years' probation and ordered to pay $90,000 in restitution.

*United States v. Bartels*, 05-cr-00564-CLB (SDNY): Defendant pleaded guilty to one count of §7206(1) and one count of conspiracy to defraud the US, and was sentenced to 4 years' probation.

*United States v. Torres,* 04-cr-00352-SJ (EDNY): Defendant convicted of 3 counts of §7206(1) and one count of §7602(2), and sentenced to 5 years' probation.

*United States v. Tullman,* 04-cr-00438-JS (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 2 years' probation.

*United States v. Mertz,* 04-cr-00913-ADS (EDNY): Defendant convicted of 4 counts of §7206(1) and sentenced to 3 years' probation.

*United States v. Mouras,* 03-cr-00694-CPS (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 3 years' probation.

*United States v. Bordes,* 03-cr-00087-JSM (SDNY): Defendant pleaded guilty to 2 counts of §7206(1) and was sentenced to 3 years' probation.

*United States v. Finder,* 03-cr-00083-JS (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 3 years' probation with 200 hours community service.

*United States v. Finder,* 03-cr-00084-JS (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 3 years' probation with 200 hours community service.

*United States v. Schuessler,* 03-cr-01262-TCP (EDNY): Defendant convicted of 3 counts of §7206(1) and sentenced to 5 years' probation.

*United States v. Patterson,* 02-cr-00718-ADS (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 2 years' probation.

*United States v. Bonanno,* 02-cr-00720-ADS (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 2 years' probation.

*United States v. Klis*, 02-cr-00721-ADS (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 18 months' probation.

*United States v. Branciforte,* 02-cr-01394-TCP (EDNY): Defendant convicted of 3 counts of §7206(1) and sentenced to 5 years' probation.

*United States v. Siler,* 02-cr-00094-JGK (SDNY): Defendant pleaded guilty to one count of §7206(1) and was sentenced to 3 years' probation.

*United States v. Olmeda,* 02-cr-00414-SHS (SDNY): Defendant pleaded guilty to 7 counts of §7206(1) and was sentenced to 3 years' probation.

*United States v. Freene,* 02-cr-00435-SAS (SDNY): Defendant pleaded guilty to 13 counts of §7206(1) and was placed on 3 years' probation.

*United States v. Nordberg,* 02-cr-01396-TCP (EDNY): Defendant convicted of 3 counts of §7206(1) and sentenced to 5 years' probation.

*United States v. Timpano,* 02-cr-01046-SCR (SDNY): Defendant pleaded guilty to one count of §7206(1) and was sentenced to one year's probation.

*United States v. Nordberg,* 02-cr-01397-TCP (EDNY): Defendant convicted of 3 counts of §7206(1) and sentenced to 5 years' probation.

*United States v. Moffetone,* 01-cr-00322-CBA (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 3 years' probation.

*United States v. Dimaio,* 01-cr-00657-ADS (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 2 years' probation.

*United States v. Lodoti,* 01-cr-00658-ADS (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 2 years' probation.

*United States v. O'Connell,* 01-cr-00659-ADS (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 2 years' probation.

*United States v. Simonson,* 01-cr-00661-ADS (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 2 years' probation.

*United States v. Lee,* 01-cr-00662-ADS (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 2 years' probation.

*United States v. Bragg,* 01-cr-00991-ADS (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 2 years' probation.

*United States v. Gangi,* 01-cr-00992-ADS (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 2 years' probation.

*United States v. Donnelly,* 01-cr-00993-ADS (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 2 years' probation.

*United States v. Halleran,* 01-cr-01011-JS (EDNY): Defendant convicted of 3 counts of §7206(1), and sentenced to 3 years' probation and ordered to pay $95,267 in restitution.

*United States v. Halleran,* 01-cr-01012-JS (EDNY): Defendant convicted of 6 counts of §7206(1) and sentenced to 3 years' probation.

*United States v. Stephens,* 01-cr-00236-DC (SDNY): Defendant pleaded guilty to one count of §7206(1) and was placed on 3 years' probation.

8

*United States v. Scher,* 01-cr-00349-LAP (SDNY): Defendant pleaded guilty to one count of §7206(1) and was fined $5,000.

*United States v. Marks,* 01-cr-00139-CLB (SDNY): Defendant pleaded guilty to one count of §7206(1) and was sentenced to one year's probation.

*United States v. Berkmeier,* 01-cr-00154-BDP (SDNY): Defendant pleaded guilty to one count of §7206(1) and was sentenced to 2 years' probation.

*United States v. Laoser,* 01-cr-00165-CLB (SDNY): Defendant pleaded guilty to one count of §7206(1) and was sentenced to 2 years' probation.

*United States v. Rohan,* 01-cr-00923-CLB (SDNY): Defendant pleaded guilty to one count of §7206(1) and was sentenced to 2 years' probation.

*United States v. Hargrove,* 01-cr-01159-CLB (SDNY): Defendant pleaded guilty to 4 counts of §7206(1) and was sentenced to 3 years' probation.

*United States v. Gass,* 01-cr-01015-AKH (SDNY): Defendant pleaded guilty to 4 counts of §7206(1) and was sentenced to 3 years' probation.

*United States v. D'Alesandro,* 01-cr-01082-NRB (SDNY): Defendant pleaded guilty to 2 counts of §7206(1) and was sentenced to 3 years' probation.

*United States v. Neuman,* 00-cr-00015-ERK (EDNY): Defendant Yissuschar Reich was convicted of one count of §7206(1) and one count 18 USC §1342, and was sentenced to 5 years' probation and ordered to pay $90,682.20 in restitution.

*United States v. Zaccagnino,* 00-cr-00262-CM (SDNY): Defendant pleaded guilty to one count of §7206(1) and was sentenced to 5 years' probation.

*United States v. Leggio,* 00-cr-00545-CM (SDNY): Defendant pleaded guilty to one count of §7206(1), and was sentenced to time served followed by 2 years' supervised release.

*United States v. Laplante,* 00-cr-00807-CLB (SDNY): Defendant pleaded guilty to one count of §7206(1) and was sentenced to 2 years' probation.

*United States v. Dawkins,* 00-cr-01044-NG (EDNY): Defendant convicted of one count of §7206(1) and was sentenced to 5 years' probation.

*United States v. Delvalle,* 00-cr-00131-ADS (EDNY): Defendant convicted of one count of §7206(1) and one count of 18 USC §666(A), and sentenced to 3 years' probation with 100 hours community service.

*United States v. Kabrin,* 00-cr-00251-ADS (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 3 years' probation.

*United States v. Murtagh,* 99-cr-00070-LDA (EDNY): Defendant convicted of one count of §7206(1) and one count of 42 USC §1320(A), and sentenced to 5 years' probation.

*United States v. Kornbluth,* 99-cr-00131-JS (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 3 years' probation.

*United States v. Giarraputo,* 99-cr-00353-ADS (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 4 years' probation.

*United States v. Jones,* 99-cr-00508-JM (EDNY): Defendant convicted of one count of §7206(1) and sentenced to one year probation.

*United States v. Latino,* 99-cr-00427-LBS (SDNY): Defendant pleaded guilty to one count of §7206(1) and one count of 18 USC §1341, and was sentenced to 5 years' probation and ordered to pay restitution in the amount of $452,695.

*United States v. Turnbull,* 99-cr-00673-BSJ (SDNY): Defendant pleaded guilty to one count of §7206(1) and was placed on probation for 2.5 years.

*United States v. Russo,* 99-cr-00341-FB (EDNY): Defendant convicted of 3 counts of §7206(1) and sentenced to 3 years' probation.

*United States v. Schwimmer,* 99-cr-00523-JG (EDNY): Defendant convicted of one count of §7206(1), and sentenced to 3 years' probation with 100 hours of community service.

*United States v. Gaiman,* 99-cr-00372-CM (SDNY): Defendant pleaded guilty to one count of §7206(1) and was sentenced to one year's probation.

*United States v. Keesler-Price,* 99-cr-01201-BDP (SDNY): Defendant pleaded guilty to one count of §7206(1) and was sentenced to 2 years' probation.

*United States v. DeCastro,* 99-cr-01232-CM (SDNY): Defendant pleaded guilty to one count of §7206(1) and was sentenced to one year's probation.

*United States v. Hur,* 99-cr-00806-SJ (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 3 years' probation.

*United States v. Redlitz,* 99-cr-01074-ERK (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 5 years' probation.

*United States v. Masters,* 98-cr-00074-ARR (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 3 years' probation.

*United States v. Volkov,* 98-cr-00099-DGT (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 2 years' probation.

*United States v. Vaynshteyn,* 98-cr-00100-DGT (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 2 years' probation.

*United States v. Gipp,* 98-cr-00147-ERK (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 3 years' probation with 200 hours community service per year.

*United States v. Mattarella,* 98-cr-00309-JG-1 (EDNY): Defendant convicted of one count of §7206(1) and one count of §7201, and sentenced to 5 years' probation.

*United States v. Davoudzadeh,* 98-cr-00381-DGT (EDNY): Defendant convicted of one count of §7206(1) and sentenced to one year probation.

*United States v. Basal,* 98-cr-00378-DGT (EDNY): Defendant convicted of one count of §7206(1) and sentenced to one year probation.

*United States v. Mehdizadeh,* 98-cr-00546-DGT (EDNY): Defendant convicted of one count of §7206(1) and sentenced to one year probation.

*United States v. Harman,* 99-cr-00088-JSR (SDNY): Defendant pleaded guilty to one count of §7206(1) and was sentenced to 3 years' probation.

*United States v. Dunk,* 98-cr-00216-KMW (SDNY): Defendant pleaded guilty to 4 counts including 2 counts of §7206(1), and was sentenced to 2 years' probation.

*United States v. Schwartz,* 98-cr-00323-SHS (SDNY): Defendant pleaded guilty to 4 counts including one count of §7206(1), and was sentenced to time served followed by 3 years' supervised release.

*United States v. Blank,* 98-cr-00446-KMW (SDNY): Defendant pleaded guilty to 3 counts including one count of §7206(1), and was sentenced to time served followed by 3 years' supervised release with an order to pay restitution in the amount of $192,000.

*United States v. Kimia,* 98-cr-00811-DGT (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 2 years' probation.

*United States v. Patel, et al.,* 98-cr-01079-CLB (SDNY): Defendants each pleaded guilty to one count of §7206(1), and were sentenced to 3 years' probation.

*United States v. Dimarino,* 98-cr-01200-CLB (SDNY): Defendant pleaded guilty to 4 counts of §7206(1) and was sentenced to 3 years' probation.

*United States v. Runge,* 98-cr-01483-BDP (SDNY): Defendant pleaded guilty to one count of §7206(1) and was sentenced to 3 years' probation.

*United States v. Battino,* 98-cr-00873-FB (EDNY): Defendant convicted of one count of §7206(1) and sentenced to one year probation with 100 hours community service.

*United States v. McGrath,* 98-cr-00883-CPS (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 3 years' probation.

*United States v. O'Leary,* 98-cr-00896-RR (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 3 years' probation.

*United States v. Sciallo,* 97-cr-00340-KTD (SDNY): Defendant pleaded guilty to one count of §7206(1) and was sentenced to one year of probation.

*United States v. Baboian,* 97-cr-00425-KMW (SDNY): Defendant pleaded guilty to 6 counts including one count of §7206(1) and was sentenced to 4 years' probation.

*United States v. Bertel,* 97-cr-00554-KTD (SDNY): Defendant pleaded guilty to one count of §7206(1) and was sentenced to 3 years' probation.

*United States v. Corn,* 97-cr-00632-JSM (SDNY): Defendant pleaded guilty to 3 counts including one count of §7206(1) and was sentenced to 3 years' probation.

*United States v. Russo*, 97-cr-00352-NG (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 5 years' probation.

*United States v. Farrell*, 97-cr-00337-BDP (SDNY): Defendant pleaded guilty to one count of §7206(1) and was sentenced to 2 years' probation.

*United States v. Salcedo,* 97-cr-00720-CLB (SDNY): Defendant pleaded guilty to one count of §7206(1) and was sentenced to 2 years' probation.

*United States v. Forte*, 97-cr-00820-CLB (SDNY): Defendant pleaded guilty to 47 counts of §7206(1) and was sentenced to 2 years' probation.

*United States v. Putorti,* 97-cr-00353-NG (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 5 years' probation.

*United States v. Firrello*, 97-cr-00645-SJ (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 3 years' probation.

*United States v. Llanos*, 97-cr-01013-FB (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 5 years' probation.

*United States v. Dimicco*, 97-cr-01034-ARR (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 3 years' probation.

*United States v. Davis*, 96-cr-00117-RJD-3 (EDNY): Defendant convicted of one count of §7206(1), and sentenced to 4 years' probation with 250 hours of community service per year during the first three years of probation.

*United States v. McNeil,* 96-cr-00117-RJD-4 (EDNY): Defendant convicted of one count of §7206(1) and one count of 18 USC §201(b)(2)(C) and sentenced to 3 years' probation.

*United States v. Ballziegler*, 96-cr-00261-JBW (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 3 years' probation.

*United States v. Campbell,* 96-cr-00758-SJ (EDNY): Defendant convicted of one count of §7206(1) and sentenced to one year probation.

12

*United States v. Davis*, 96-cr-00759-SJ (EDNY): Defendant convicted of one count of §7206(1) and sentenced to one year probation.

*United States v. Le*, 96-cr-00061-SAS (EDNY): Defendant pleaded guilty to one count of §7206(1) and was sentenced to one year of probation with 100 hours of community service.

*United States v. Patel*, 96-cr-01174-JFK (SDNY): Defendant pleaded guilty to 4 counts including one count of §7206(1) and was sentenced to 3 years' probation.

*United States v. Ingram*, 96-cr-760 (EDNY): Defendant convicted of one count of §7206(1) and sentenced to one year probation.

*United States v. Blonder*, 96-394-ILG-2 (EDNY): Defendant convicted of one count of §7206(1) and one count of 18 USC §371 (obstruction of the IRS) and sentenced to 3 years' probation.

*United States v. Wecker*, 96-cr-934-ILG-3 (EDNY): Defendant convicted of one count of §7206(1) and one count of 18 USC §371 and sentenced to 3 years' probation.

*United States v. Iannaci*, 96-cr-00962-SJ (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 3 years' probation.

*United States v. Oszmian*, 96-cr-01029-ILG (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 3 years' probation with 150 hours of community service.

*United States v. Taggart*, 96-cr-00483-LDW (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 3 years' probation.

*United States v. Krauss*, 96-cr-00725-LDW (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 3 years' probation.

*United States v. Costigan*, 96-cr-00536-ADS (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 4 years' probation with 200 hours community service per year for 4 years.

*United States v. Arbucci*, 96-cr-00622-TCP (EDNY): Defendant convicted of one count of §7206(1) and one count 18 USC §371, and sentenced to 5 years' probation.

*United States v. Chiappetta*, 96-cr-00659-TCP (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 5 years' probation.

*United States v. Duffy*, 96-cr-00660-TCP (EDNY): Defendant convicted of one count of §7206(1) and one count 18 USC §664, and sentenced to 5 years' probation.

*United States v. Andrews*, 96-cr-00742-TCP (EDNY): Defendant convicted of one count of §7206(1) and one count 18 USC §664, and sentenced to 5 years' probation.

*United States v. Ozkural, et al.,* 96-cr-01084-BDP (EDNY): Defendants each pleaded guilty to one count of §7206(1) and were given one year's probation.

*United States v. Friedman*, 95-cr-01122-DRH (EDNY): Defendant convicted of two counts of §7206(1) and sentenced to 2 years' probation.

*United States v. Murphy*, 95-cr-00697-ERK-2 (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 3 years' probation.

*United States v. Wallace*, 90-cr-00513-TCP (EDNY): Defendant convicted of one count of §7206(1) and sentenced to 5 years' probation.

14